# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-333-ABA |

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' combined motion for a temporary restraining order and preliminary injunction, and accompanying brief, and the imminent irreparable harm to Plaintiffs alleged therein, it is hereby

**ORDERED** that the motion for a preliminary injunction is **GRANTED**; it is further

**ORDERED** that Defendants other than the President, and other persons who are in active concert or participation with Defendants, shall not pause, freeze, impede, block, cancel, or terminate any awards or obligations on the basis of:

1) *Ending Radical and Wasteful Government DEI Programs and Preferencing* Executive Order[1] of January 20, 2025 ("J20 Order");

2) *Ending Illegal Discrimination and Restoring Merit-Based Opportunity* Executive Order[2] of January 21, 2025 ("J21 Order");

---

[1] Exec. Order 14151, 90 Fed. Reg. 8339 (Jan. 20, 2025).
[2] Exec. Order 14173, 90 Fed. Reg. 8633 (Jan. 31, 2025).

3) *Ending Illegal DEI and DEIA Discrimination and Preferences* Memorandum[3] of February 5, 2025, issued by Attorney General Bondi ("Bondi Memo"); OR

4) Any memoranda or other policy implementing any of the above orders

(together "Enjoined Policies"); it is further

**ORDERED** that the Defendants other than the President, and other persons who are in active concert or participation with Defendants, are **ENJOINED** from adding a certification requirement as listed in Section 3(b)(iv) of the J21 Order to existing or forthcoming grants or contracts; it is further

**ORDERED** that the Defendants other than the President, and other persons who are in active concert or participation with Defendants, are **ENJOINED** from requiring any grantee or contractor to make any "certification" or other representation related to the requirement listed in Section 3(b)(iv) of the J21 Order; it is further

**ORDERED** Defendants other than the President, and other persons who are in active concert or participation with Defendants, are **ENJOINED** from bringing any False Claims Act suits premised on any certification requirements included in the Enjoined Policies; it is further

**ORDERED** that the Defendants other than the President, and other persons who are in active concert or participation with Defendants, are **ENJOINED** from initiating any investigations under the authority of the Enjoined Policies, and specifically from publishing or making any list of targets of investigation as mandated by the J21 Order; it is further

**ORDERED** that Defendants shall provide a copy of this Order to all agencies of the Federal Government; it is further

**ORDERED** that Defendants file a status report within 24 hours of the issuance of this

---

[3] https://www.justice.gov/ag/media/1388501/dl?inline

order, and every two weeks thereafter for 12 weeks, confirming compliance with this order; it is further

**ORDERED** that the Parties shall propose a joint briefing schedule for dispositive motions in this matter.

This order shall apply nationwide to the maximum extent provided for by Fed. R. Civ. P. 65(d)(2) and shall persist until further order of this Court.

**SO ORDERED**.

Dated: February 14, 2025

_____

THE HON. ADAM B. ABELSON

UNITED STATES DISTRICT JUDGE