# Exhibit 3

TEXT TRUMP TO 88022!



CONTRIBUTE          SHOP

BACK TO VIDEOS

# Agenda47: Protecting Students from the Radical Left and Marxist Maniacs Infecting Educational Institutions

May 02, 2023

  



President Donald J. Trump announced his plan to reclaim our once great educational institutions from the radical Left and Marxist maniacs.

"For many years, tuition costs at colleges and universities have been exploding, and I mean absolutely exploding while academics have been obsessed with indoctrinating America's youth," President Trump said. "The time has come to reclaim our once great educational institutions from the radical Left, and we will do that."

President Trump has pledged to fire the radical Left accreditors that have allowed our colleges to become dominated by Marxist Maniacs and lunatics.

He will impose real standards on American colleges and universities, to include defending the American tradition and Western civilization, protecting free speech, eliminating wasteful administrative positions that drive up costs, removing all DEI bureaucrats, offering options for accelerated and low-cost degrees, providing meaningful job placement and career services, and implementing college entrance and exit exams to prove that students are getting their money's worth.

Once back in the White House, President Trump will direct the Department of Justice to pursue federal civil rights cases against schools that continue to engage in racial discrimination and will advance a measure to have schools that continue these illegal and unjust policies fined up to the entire amount of their endowment.

## TRANSCRIPT

For many years, tuition costs at colleges and universities have been exploding, and I mean absolutely exploding while academics have been obsessed with indoctrinating America's youth. The time has come to reclaim our once great educational institutions from the radical Left, and we will do that.

Our secret weapon will be the college accreditation system. It's called accreditation for a reason.

The accreditors are supposed to ensure that schools are not ripping off students and taxpayers, but they have failed totally. When I return to the White House, I will fire the radical Left accreditors that have allowed our colleges to become dominated by Marxist Maniacs and lunatics.

These standards will include defending the American tradition and Western civilization, protecting free speech, eliminating wasteful administrative positions that drive up costs incredibly, removing all Marxist diversity, equity, and inclusion bureaucrats, offering options for accelerated and low-cost degrees, providing meaningful job placement and career services, and implementing college entrance and exit exams to prove that students are actually learning and getting their money's worth.

Furthermore, I will direct the Department of Justice to pursue federal civil rights cases against schools that continue to engage in racial discrimination. And schools that persist in explicit unlawful discrimination under the guise of equity will not only have their endowment taxed, but through budget reconciliation, I will advance a measure to have them fined up to the entire amount of their endowment.

A portion of the seized funds will then be used as restitution for victims of these illegal and unjust policies, policies that hurt our country so badly. Colleges have gotten hundreds of billions of dollars from hard-working taxpayers and now we are going to get this anti-American insanity out of our institutions once and for all.

We are going to have real education in America.

Thank you.



PLATFORM   NEWS   EVENTS   GET INVOLVED

CONTRIBUTE   SHOP

     

**Join Our Movement**                                                        **Follow Us**

ENTER YOUR EMAIL                          ZIP

Paid for by Never Surrender, Inc.
Not authorized by any candidate
or candidate authorized's            Privacy Policy    Terms & Conditions    Press    Careers    Powered by Nucleus
committee.

The appearance of U.S. Department of Defense personnel or other visual information does not imply or constitute
DoD endorsement.