# Exhibit 7

---

# Fwd: Effective Immediately! Cease Collecting and Reporting Trainees DEI information
1 message

**Ami Awad** <ami@rocunited.org>  Sun, Jan 26, 2025 at 2:23 PM
To: Teofilo Reyes <teo@rocunited.org>, "Leslie E. Escobosa" <leslie@rocunited.org>

---------- Forwarded message ---------
From: **Harwood Grants - OSHA** <HarwoodGrants@dol.gov>
Date: Wed, Jan 22, 2025 at 4:50 PM
Subject: Effective Immediately! Cease Collecting and Reporting Trainees DEI information
To: mary.escarsega-fechner@cset.org <mary.escarsega-fechner@cset.org>, Arias, Javier <jarias@hcadetejas.org>, pamela@ctcosh.org <pamela@ctcosh.org>, nelli.jara@ctworkercenter.org <nelli.jara@ctworkercenter.org>, Konshak, Lavan <lavan@cefcolorado.org>, asaiz@delmar.edu <asaiz@delmar.edu>, namianm19@ecu.edu <namianm19@ecu.edu>, lkimmel@newlabor.org <lkimmel@newlabor.org>, NO_1939709@GMAIL.COM <NO_1939709@gmail.com>, aguild@farmworkerjustice.org <aguild@farmworkerjustice.org>, npradhan@fiu.edu <npradhan@fiu.edu>, jam6@georgetown.edu <jam6@georgetown.edu>, lakita.brooks@osp.gatech.edu <lakita.brooks@osp.gatech.edu>, omobolanle@gatech.edu <omobolanle@gatech.edu>, jdougherty@glstc.org <jdougherty@glstc.org>, libby@honeybeestrategies.org <libby@honeybeestrategies.org>, rwiener@isri.org <rwiener@isri.org>, nir@iastate.edu <nir@iastate.edu>, tpfundstein@ifti.edu <tpfundstein@ifti.edu>, mrickett@ksu.edu <mrickett@ksu.edu>, lburchar@kent.edu <lburchar@kent.edu>, acpereda@lit.edu <acpereda@lit.edu>, g.saucedo@lwscsafety.org <g.saucedo@lwscsafety.org>, stephanie@leadingagekansas.org <stephanie@leadingagekansas.org>, contessa@justice4all.org <contessa@justice4all.org>, lbaldino@liunatraining.org <lbaldino@liunatraining.org>, LUCKYSHOALS@GMAIL.COM <LUCKYSHOALS@gmail.com>, rick@marinbuilders.com <rick@marinbuilders.com>, schlenker@marshall.edu <schlenker@marshall.edu>, jhunter@melwood.org <jhunter@melwood.org>, jeffrypter@millersville.edu <jeffrypter@millersville.edu>, bchaulklin@mmua.org <bchaulklin@mmua.org>, aseymour@controller.msstate.edu <aseymour@controller.msstate.edu>, tfavaschram@mvcc.edu <tfavaschram@mvcc.edu>, ishell@ndlon.org <ishell@ndlon.org>, Tromanhauser, Darcy <dtromanhauser@neappleseed.org>, creed@osufst.org <creed@osufst.org>, John@regionalhca.org <John@regionalhca.org>, mlee@osap.org <mlee@osap.org>, nfuller@philaposh.org <nfuller@philaposh.org>, claudia@pomonadaylabor.org <claudia@pomonadaylabor.org>, SSonmez@prolepsis.org <SSonmez@prolepsis.org>, williaau@upstate.edu <williaau@upstate.edu>, ami@rocunited.org <ami@rocunited.org>, gw266@ored.rutgers.edu <gw266@ored.rutgers.edu>, chad@shastabe.com <chad@shastabe.com>, llephiew@southark.edu <llephiew@southark.edu>, pt@sdsmt.edu <pt@sdsmt.edu>, STCsubmissions@southtexascollege.edu <STCsubmissions@southtexascollege.edu>, srs-awards@tamu.edu <srs-awards@tamu.edu>, awards@tamu.edu <awards@tamu.edu>, kpkisi@txstate.edu <kpkisi@txstate.edu>, jem.coshnet@gmail.com <jem.coshnet@gmail.com>, mdavis@allthingswomeninc.org <mdavis@allthingswomeninc.org>, cmiller@amt-mep.org <cmiller@amt-mep.org>, Sant, Brad <bsant@artba.org>, drdbeauchamp@me.com <drdbeauchamp@me.com>, nkak@aquity.global <nkak@aquity.global>, Siyuan.Song.1@asu.edu <Siyuan.Song.1@asu.edu>, bliss@arribalasvegas.org <bliss@arribalasvegas.org>, kevin.cannon@agc.org <kevin.cannon@agc.org>, forti@afop.org <forti@afop.org>, acohoon@siu.edu <acohoon@siu.edu>, Trinh.Pham@bpsos.org <Trinh.Pham@bpsos.org>, hang.nguyen@bpsos.org <hang.nguyen@bpsos.org>, accounting@braziliancenter.org <accounting@braziliancenter.org>, grants@wearecasa.org <grants@wearecasa.org>, acostal@ccsem.org <acostal@ccsem.org>, mmorenogoodwin@tlingitandhaida.gov <mmorenogoodwin@tlingitandhaida.gov>, jill@chicagojwj.org <jill@chicagojwj.org>, brennan@cworkers.org <brennan@cworkers.org>, ospaward@uc.edu <ospaward@uc.edu>, smj.uddin@colostate.edu <smj.uddin@colostate.edu>, lara@nycosh.org <lara@nycosh.org>, sarah@sustainablewp.org <sarah@sustainablewp.org>, robin-clark-bennett@uiowa.edu <robin-clark-bennett@uiowa.edu>, ora-pam@usm.edu <ora-pam@usm.edu>, yilmaz.karasulu@utsa.edu <yilmaz.karasulu@utsa.edu>, kphelan@tpmrs.com <kphelan@tpmrs.com>, rrouse@tcia.org <rrouse@tcia.org>, hjordan@floridasafety.org <hjordan@floridasafety.org>, a.mohammadpour@csus.edu <a.mohammadpour@csus.edu>, craig@ucmo.edu <craig@ucmo.edu>, apc@ufl.edu <apc@ufl.edu>, phalen@uhcl.edu <phalen@uhcl.edu>, pro267@uky.edu <pro267@uky.edu>, judy.tupper@maine.edu <judy.tupper@maine.edu>, edarap@missouri.edu <edarap@missouri.edu>, brunilda.negron@upr.edu <brunilda.negron@upr.edu>, irma.roman@upr.edu <irma.roman@upr.edu>, ogcs@uta.edu <ogcs@uta.edu>, airion@uw.edu <airion@uw.edu>, amy@vceonline.com <amy@vceonline.com>, adamsz@vt.edu <adamsz@vt.edu>, eh7828@wayne.edu <eh7828@wayne.edu>, Rice, Tiffany <Tiffany.Rice@mail.wvu.edu>, terry.murrell@witcc.edu <terry.murrell@witcc.edu>, bbc@wnycosh.org <bbc@wnycosh.org>, sbrock@harpercollege.edu <sbrock@harpercollege.edu>, dcoyle@njwec.org <dcoyle@njwec.org>, rebecca@workerjustice.org <rebecca@workerjustice.org>, lorloff@worldcares.org <lorloff@worldcares.org>, dbauer@artba.org <dbauer@artba.org>, ASU.Awards@asu.edu <ASU.Awards@asu.edu>, christine.souders@agc.org <christine.souders@agc.org>, SHEEHAN@AFOP.ORG <SHEEHAN@afop.org>, ospa@siu.edu <ospa@siu.edu>, khanh.tran@bpsos.org <khanh.tran@bpsos.org>, paul@ccsem.org <paul@ccsem.org>, crobertson@tlingitandhaida.gov <crobertson@tlingitandhaida.gov>, brickitl@ucmail.uc.edu <brickitl@ucmail.uc.edu>, michael.lang@colostate.edu <michael.lang@colostate.edu>, jbonner@cefcolorado.org <jbonner@cefcolorado.org>, cgonzale90@delmar.edu <cgonzale90@delmar.edu>, poriesm@ecu.edu <poriesm@ecu.edu>, restrada@farmworkerjustice.org <restrada@farmworkerjustice.org>, gutierrr@fiu.edu <gutierrr@fiu.edu>, melissa.layman@georgetown.edu <melissa.layman@georgetown.edu>, cara.eck@innovate.gatech.edu <cara.eck@innovate.gatech.edu>, patrick.fraser@design.gatech.edu <patrick.fraser@design.gatech.edu>, kjuday@glstc.org <kjuday@glstc.org>, grants@iastate.edu <grants@iastate.edu>, rhood@ifti.edu <rhood@ifti.edu>, plowe@ksu.edu <plowe@ksu.edu>, aekamara@lit.edu <aekamara@lit.edu>, no1577899@gmail.com <no1577899@gmail.com>,

maherj@marshall.edu <maherj@marshall.edu>, hsherman@melwood.org <hsherman@melwood.org>, kkos@mmua.org <kkos@mmua.org>, kstrickland@orc.msstate.edu <kstrickland@orc.msstate.edu>, rdavis@ocgov.net <rdavis@ocgov.net>, knewman@neappleseed.org <knewman@neappleseed.org>, research@okstate.edu <research@okstate.edu>, ateodoro@pomonadaylabor.org <ateodoro@pomonadaylabor.org>, rudesj@upstate.edu <rudesj@upstate.edu>, stully-dartez@southark.edu <stully-dartez@southark.edu>, laurie.anderson@sdsmt.edu <laurie.anderson@sdsmt.edu>, cnnaji@tamu.edu <cnnaji@tamu.edu>, grants@txstate.edu <grants@txstate.edu>, eva@nationalcosh.org <eva@nationalcosh.org>, jeanneb@nycosh.org <jeanneb@nycosh.org>, david@sustainablewp.org <david@sustainablewp.org>, era@uiowa.edu <era@uiowa.edu>, matthew.w.thornton@usm.edu <matthew.w.thornton@usm.edu>, JENNIFER.SILVER@UTSA.EDU <JENNIFER.SILVER@utsa.edu>, swarren@floridasafety.org <swarren@floridasafety.org>, hammersley@csus.edu <hammersley@csus.edu>, miawu@ucmo.edu <miawu@ucmo.edu>, Maynard@UHCL.edu <Maynard@uhcl.edu>, OSPA@UKY.EDU <OSPA@uky.edu>, tammy.blair@maine.edu <tammy.blair@maine.edu>, grantsdc@missouri.edu <grantsdc@missouri.edu>, mohsen@uta.edu <mohsen@uta.edu>, osp@uw.edu <osp@uw.edu>, ospdirector@vt.edu <ospdirector@vt.edu>, WVUSponsoredPrograms@mail.wvu.edu <WVUSponsoredPrograms@mail.wvu.edu>, carmen.wilson@witcc.edu <carmen.wilson@witcc.edu>, Ashley Quackenbush <aquackenbush@myads.org>
Cc: Boudloche, Sandra - OSHA <Boudloche.Sandra@dol.gov>, Eisenberg, Gail - OSHA <Eisenberg.Gail@dol.gov>, Fithian, Daniel - OSHA <Fithian.Daniel@dol.gov>, Gaines, Matt - OSHA <Gaines.Matt@dol.gov>, Hirai, Christine - OSHA <Hirai.Christine@dol.gov>, Ciano, Ivonne - OSHA <Ciano.Ivonne@dol.gov>, McConaghy, Katharine A. - OSHA <McConaghy.Katharine.A@dol.gov>, McKenzie, Monica - OSHA <McKenzie.Monica@dol.gov>, Oberbeck, Brian - OSHA <Oberbeck.Brian@dol.gov>, Robertson, Donna - OSHA <Robertson.Donna@dol.gov>, Saldana, Andres - OSHA <Saldana.Andres@dol.gov>

Dear Harwood Grantees,

The following information is in alignment with the President's Executive Orders concerning diversity, equity, and inclusion (DEI).

Effective immediately, all recipients of federal financial assistance are directed to cease all activities related to "diversity, equity, and inclusion" (DEI) or "diversity, equity, inclusion, and accessibility" (DEIA) under their federal awards, consistent with the requirements of the Executive Orders titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025.  Additional guidance will be provided.

Questions may be directed to HarwoodGrants@dol.gov.