# Exhibit 8

## Please Read: DOL Grant Updates
2 messages

---

**Miceli, Kate - WB** <Miceli.Katherine.L@dol.gov>　　　　　　　　　　　　　　　Wed, Jan 22, 2025 at 4:43 PM
To: "teo@rocunited.org" <teo@rocunited.org>, Cynthia Gomez <cynthia@rocunited.org>, "mei@rocunited.org" <mei@rocunited.org>, Jen Johnson <jen@rocunited.org>
Cc: "Shaw, Elyse R - WB" <Shaw.Elyse.R@dol.gov>

Dear ROC United Staff,

OPEN/CLOSED FOAs

　　　　The U.S. Department of Labor is reviewing all Funding Opportunity Announcements for consistency with the Executive Orders titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025.  The Department will take necessary action with the Funding Opportunity Announcement and issue additional guidance including adjusting the close date if appropriate.

ONGOING WORK

　　　　Effective immediately, all recipients of federal financial assistance are directed to cease all activities related to "diversity, equity, and inclusion" (DEI) or "diversity, equity, inclusion, and accessibility" (DEIA) under their federal awards, consistent with the requirements of the Executive Orders titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025. Any cost incurred on such activities, after the issuance of this notice, will not be considered allowable, and if incurred will be disallowed.  Additional guidance will be provided.

TERMINATION

　　　　The U.S. Department of Labor is reviewing all active federal awards and will take appropriate action, including terminating the award, consistent with the requirements of the Executive Orders titled "Ending Radical and Wasteful Government DEI Programs and Preferencing," issued on January 20, 2025, and "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued on January 21, 2025.

**Kate Miceli** (she/her/hers)

Policy Analyst

Women's Bureau | Department of Labor

Miceli.Katherine.L@dol.gov

(202) 693-4885

https://www.dol.gov/agencies/wb

Click here to learn more about the WB's efforts on gender-based violence and harassment (GBVH) in the world of work.

Click here to learn more about WB's Fostering Access, Rights and Equity (FARE) Grant.

---

**Cynthia Gomez** <cynthia@rocunited.org>  Wed, Jan 22, 2025 at 7:39 PM
To: Teofilo Reyes <teo@rocunited.org>, Mei Chen <mei@rocunited.org>

Hello Teofilo and Mei
I think we should meet asap. I was reading this email, and if I understood right,t it says we must cease all activities related to "diversity, equity, and inclusion"
Please let me know if the invite I sent works for you both; thank you!



**Cynthia Gomez**
ROC United
Deputy Director of Membership Growth
She/ Her
612 978 7755
Cynthia@rocunited.org
"Education is freedom" - Paulo Freire

[Quoted text hidden]