# Exhibit 11

Case 1:25-cv-00333-ABA    Document 27-15    Filed 02/13/25    Page 1 of 3



**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
3000 DEFENSE PENTAGON
WASHINGTON, DC 20301-3000

**ACQUISITION AND SUSTAINMENT**

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
          CHAIRMAN OF THE JOINT CHIEFS OF STAFF
          DEFENCE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Action Required for Solicitations and Contracts Impacted by Executive Order *Ending Radical and Wasteful Government Diversity Equity and Inclusion Programs* and the U.S. Office of Personnel Management *Initial Guidance Regarding Diversity, Equity, Inclusion, and Accessibility Executive Orders*

  In accordance with Executive Order *Ending Radical and Wasteful Government DEI Programs,* dated January 20, 2025, and the U.S. Office of Personnel and Management (OPM) memorandum *Initial Guidance Regarding DEIA Executive Orders* dated January 21, 2025, effective immediately contracting officers shall cancel or amend solicitations and terminate or partially terminate existing contracts (including set-asides) and contract-like instruments (e.g., Other Transaction Authority agreement) that contain diversity, equity, and inclusion (DEI) and diversity, equity, inclusion, and accessibility (DEIA) requirements. In some instances, a solicitation amendment may be issued or a bilateral modification may be executed to descope work to remove or end DEI and DEIA related requirements (e.g., training or support activities) consistent with the Executive Order and OPM guidance. Component heads shall ensure they identify and disposition not only contracts which their own contracting organizations have directly executed but also those contract actions that have or will be executed by a Federal partner using assisted acquisition.

  The OPM guidance directs agencies to submit "a complete list of all DEIA-related agency contracts as of November 5, 2024" and "a list of all contract descriptions that were changed since November 5, 2024, to obscure their connection to DEIA programs." To inform the Department's senior leaders of actions taken in furtherance of the Executive Order, each Component shall provide a consolidated submission by February 21, 2025, using the attached template, to my Principal Director, Defense Pricing, Contracting, and Acquisition Policy at osd.pentagon.ousd-a-s.mbx.asda-dp-c-contractpolicy@mail.mil.

                  Sincerely,

                  MORANI.STEVEN.J.1174632444
                  Digitally signed by MORANI.STEVEN.J.1174632444
                  Date: 2025.01.28 16:34:57 -05'00'

                  Steven J. Morani
                  Performing the Duties of the Under Secretary of
                   Defense for Acquisition and Sustainment

Attachment:
As stated

**Attachment to PTDO USD(A&S) Memorandum**

**Subject:** Action Required for Solicitations and Contracts Impacted by Executive Order *Ending Radical and Wasteful Government DEI Programs* and the U.S. Office of Personnel Management *Initial Guidance Regarding DEIA Executive Orders*

**Background:** The U.S. Office of Personnel Management (OPM) *Initial Guidance Regarding DEIA Executive Orders* dated January 21, 2025, requires agencies to submit:

- "a complete list of all DEIA-related agency contracts as of November 5, 2024" and
- "a list of all contract descriptions that were changed since November 5, 2024, to obscure their connection to DEIA programs."

**Action:** Below is a standard format Components shall use to provide their consolidated submission to the Office of the Under Secretary of Defense for Acquisition and Sustainment (OUSD(A&S))/Defense Pricing, Contracting, and Acquisition Policy (DPCAP) that includes the information as stated above to comply with the Executive Order *Ending Radical and Wasteful Government DEI Programs* and the implementing OPM initial guidance. Since the table below does not have sufficient space, Components may use in excel spreadsheet when submitting the information to DPCAP.

**Instruction:** Each Component shall provide their consolidated submission by February 21, 2025, to DPCAP via osd.pentagon.ousd-a-s.mbx.asda-dp-c-contractpolicy@mail.mil; when emailing the submission please use the following subject line:
[fill in Component org name, e.g., Dept of Army] Response Re DEI EO and OPM

| Component, Command, or Contracting Agency or Organization | ** Contract Number | *** Delivery Order | Vendor | Type of Vendor (e.g., large, small, SDB, SDVOSB, WOSB, HUBZone, or other category) | Action(s) Taken to comply with the EO and OPM guidance | Contract Descriptions that were changed since Nov 5, 2024 to obscure their connection to DEIA programs; Reply Yes or No | *Point of Contact and Contact Information |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

*This is a point of contact DPCAP will communicate with to get clarification of information submitted by a Component in response to the action above. DPCAP may also need to request additional information about the impacted contracts as additional guidance is issued by OMB, OPM, or DoD leadership.
** Contract number for DEIA-related contracts as of November 5, 2024.
*** Delivery order number for DEIA-related contracts as of November 5, 2024.