# Exhibit 12

8d ago / 11:19 PM EST                                                                    Share ⊝

# Education Department calls for review of grants connected to DEI

 Natasha Korecki

A new directive from the Education Department to its employees calls for a sweeping review of its extensive grant program to potentially block aid to those connected with diversity, equity and inclusion initiatives.

A memo obtained by NBC News titled "eliminating discrimination and fraud in department grant awards," which was sent late this evening and signed by acting Secretary Denise Carter, calls for an internal review of all new grant awards and those that have not yet been awarded to specific people or entities.

"Such review shall be limited to ensuring that Department grants do not fund discriminatory practices – including in the form of DEI – that are either contrary to law or to the Department's policy objectives, as well as to ensure that all grants are free from fraud, abuse and duplications,"

the memo reads. "Grants deemed inconsistent with these priorities, shall, where permitted by applicable law, be terminated."

The Education Department divvies up billions of dollars in grants every year. It was unclear how it defined DEI initiatives, given that the memo named departments across the board, leaving little off-limits.

"All indicators are that they are going after the entire education system," an Education Department official familiar with the memo said.

The directive asked for a potential pause into "discriminatory" grants going to a wide variety of departments, including those covering elementary and secondary education, postsecondary education, special education and rehabilitative services, as well as the Office of English Language Acquisition, which handles English-as-a-Second Language learners.

A White House spokesperson did not immediately respond to a request for comment.