# Exhibit 13

Case 1:25-cv-00333-ABA    Document 27-17    Filed 02/13/25    Page 1 of 7




EDUCATION

# DOGE announces $881 million in cuts for Education Department contracts

About 170 contracts for the Institute of Education Sciences were targeted.



The Education Department also terminated 29 training grants for diversity, equity and inclusion that total $101 million, according to an announcement from the Department of Government Efficiency. | Kayla Bartkowski/Getty Images

By **REBECCA CARBALLO** and **JUAN PEREZ JR.**
02/10/2025 09:04 PM EST
Updated: 02/10/2025 09:56 PM EST

Education Department funds for diversity programs and research initiatives will dry up, according to a series of announcements Monday night about the agency's future.

The department terminated 89 contracts, worth $881 million, according to an X post from the Department of Government Efficiency, but DOGE did not say which contracts were ended. In a separate post, DOGE said the department also terminated 29 training grants for diversity, equity and inclusion that total $101 million. One of the grants sought to train teachers to "help students understand / interrogate the complex histories involved in oppression, and help students recognize areas of privilege and power on an individual and collective basis," according to the post.

Advertisement

The Trump administration is halting about 170 contracts for the Education Department's Institute of Education Sciences, according to two people familiar with the decisions.

The cuts comes as the president is expected to issue an executive order this month to wind down the department, and Education Secretary nominee Linda McMahon gets ready to testify before Congress on Thursday.

The American Institutes for Research, a nonprofit organization that conducts behavioral and social science research, confirmed it received multiple notices of terminations on Monday for several IES contracts. IES is a nonpartisan research arm of the department that studies special education and student learning outcomes, among other topics.

> Want more POLITICO? Download our mobile app to save stories, get notifications and more. In iOS or Android.

"The money that has been invested in research, data, and evaluations that are nearing completion is now getting the taxpayers no return on their investment," Dana Tofig, an AIR spokesperson, said in a statement Monday. "If the point of this exercise is to make sure taxpayer dollars are not wasted and are used well, the evaluation and data work that has been terminated is exactly the work that determines which programs are effective uses of federal dollars, and which are not."

The department and DOGE did not immediately respond to requests for comment.

**FILED UNDER:** RESEARCH, DEPARTMENT OF EDUCATION, DOGE

## Playbook

The unofficial guide to official Washington, every morning and weekday afternoons.

**EMAIL**

Your Email

**EMPLOYER**

Employer

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

Advertisement

AD

Advertisement

AD

SPONSORED CONTENT

 

**Costco's Best-Kept Secret For Eye Bags Is Flying Off...**
wrinkles.pro



**Windows Users Didn't Know This Simple Trick T...**
Removing ads is the first step in having a faster, safer and...
Safe Tech Tips



**Top Experts Say This Drugstore Wrinkle Crea...**
seniorskinsolutions.com



**Study support that helps you really learn and feel...**
Dive deep into your most complex college courses. Lear...
Chegg



**More than 7 million sold!**
Laura Geller Beauty



**If You Have Moles Or Skin Tags, Do This Immediately**
Do This Immediately If You Have Moles Or Skin Tags (It's Genius!)
Skin Remedies

About Us
Advertising
Breaking News Alerts
Careers
Credit Card Payments
Digital Edition
FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

© 2025 POLITICO LLC