# Exhibit 16

2/11/25, 2:55 PM	Mueller, She Wrote: "A non-government business that contracts with the federal government received notice today that in order to d…

Case 1:25-cv-00333-ABA    Document 27-20    Filed 02/13/25    Page 2 of 2

← Post



**Mueller, She Wrote**  Follow
@muellershewrote.bsky.social

A non-government business that contracts with the federal government received notice today that in order to do business with the government they must certify that they don't participate in DEI. So it's not just the feds, it's any private biz that contracts with the feds. Here's the message they got:

> Due to changes in United States law, your company may be prohibited from contracting with the U.S. Government if you operate any programs promoting diversity, equity, and inclusion (DEI), affirmative action, and equal opportunity programs that violate any applicable anti-discrimination laws, and agree that such certification is material for purposes of the government's payment decision and therefore subject to the False Claims Act.
> See 31 U.S.C. 3729(b)(4).
>
> Kindly read, verify, sign, and return the attached document as soon as possible.
> Please reply soonest and let me know if you have any questions.

> CERTIFICATION REGARDING COMPLIANCE WITH APPLICABLE FEDERAL ANTI-DISCRIMINATION LAW-
>
> The offeror certifies that:
>
> ○ [your company] is in compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 31 USC 3729(b)(4) (False Claims Act);
>
> ○ does not operate any programs promoting Diversity, Equity, and Inclusion that violate any applicable Federal anti-discrimination laws.

February 7, 2025 at 3:40 PM   Everybody can reply

**6.8K** reposts   **666** quotes   **14.8K** likes

💬 1.6K          🔁 7.5K          ♡ 14.8K          ↗          •••



**The Clint Initiative Podcast** @theclintpodcast.bsky.social · 3d
The president has immunity
You most certainly do not.

  Bluesky          Create account   Sign in