# Exhibit 18

