# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF
DIVERSITY OFFICERS IN HIGHER
EDUCATION, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*

Case No. 25-cv-0333-ABA

## ORDER

The Court will hold an in-person hearing on **Wednesday, February 19, 2025, at 2:00 p.m. in the Motz Ceremonial Courtroom (Courtroom 1A)** to address Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction (ECF No. 27, "the Motion"). The briefing schedule will proceed as follows: Defendants' response to the Motion shall be filed no later than Tuesday, February 18 at 10:30 a.m. ET. Plaintiffs' reply brief shall be filed no later than Wednesday, February 19 at 8:00 a.m. ET.

Date: February 14, 2025

                                                    /s/
                                         Adam B. Abelson
                                         United States District Judge