IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et. al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>Donald J. Trump, in his official capacity as President of the United States,<br><br>      Defendant. | Civil Action No. 1:25-cv-333-ABA |

**FIRST SUPPLEMENTAL DECLARATION OF BROOKE MENSCHEL**

I, Brooke Menschel, state and declare as follows:

1. I am an attorney at Democracy Forward Foundation and counsel to all Plaintiffs in the above-captioned matter. I submit this Declaration in further support of the Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction.

2. A true and correct copy of a Washington Post article titled *Here are the words putting science in the crosshairs of Trump's orders*, dated February 4, 2025, is attached hereto as **Exhibit 23**.

3. A true and correct copy of the transcript from a February 13, 2025 hearing, *PFLAG v. Trump*, No. 25-cv-00337 (D.Md.) is attached hereto as **Exhibit 24**.

4. A true and correct copy of a Letter from Federal Communications Commission Chairman Brendan Carr to Comcast Corporation CEO Brian Roberts regarding "Comcast and

NBCUniversal's Promotion of DEI," dated February 11, 2025, is attached hereto as **Exhibit 25**.

5. A true and correct copy of a National Endowment for the Arts webpage titled *Legal Requirements and Assurance of Compliance*, is attached hereto as **Exhibit 26**.

6. A true and correct copy of a statement from the Office of FCC Chairman Brendan Carr titled "Chairman Carr Ends FCC's Promotion of DEI," dated January 21, 2025, is attached hereto as **Exhibit 27**.

7. A true and correct copy of a letter from AmeriCorps to Plaintiff City of Baltimore, regarding "Executive Order Compliance" of Grant Number 24SCBMD002, dated February 14, 2025, is attached hereto as **Exhibit 28**.

8. A true and correct copy of a letter from AmeriCorps to Plaintiff City of Baltimore, regarding "Executive Order Compliance" of Grant Number 24SRBMD004, dated February 14, 2025, is attached hereto as **Exhibit 29**.

9. A true and correct copy of a letter from Americorps to Plaintiff City of Baltimore, regarding "Executive Order Compliance" of Grant Number 18VSAMD002, dated February 14, 2025, is attached hereto as **Exhibit 30**.

10. A true and correct copy of an AmeriCorps document, titled "Executive Order Compliance Instructions," dated February 13, 2025, is attached hereto as **Exhibit 31**.

11. A true and correct copy of a Popular Information article titled *In botched DEI purge, OSHA trashes workplace safety guidelines*, dated February 17, 2025, is attached hereto as **Exhibit 32**.

12. A true and correct copy of a Popular Information article titled *The NSA's "Big Delete,"* dated February 10, 2025, is attached hereto as **Exhibit 33**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed:        February 18, 2025

By: */s/ Brooke Menschel*  
Brooke Menschel