

# Chairman Carr Ends FCC's Promotion of DEI
*Agency Will Competently Carry Out Statutory Mission Without Discrimination*

WASHINGTON, DC, January 21, 2025—Yesterday, President Trump issued an Executive Order titled "Ending Radical and Wasteful Government DEI Programs and Preferencing." Today, pursuant to the policies stated in the Executive Order, FCC Chairman Brendan Carr announced that he is ending the FCC's promotion of DEI. Chairman Carr will focus the agency's work on competently carrying out the Commission's statutory mission, as defined by Congress, without promoting invidious forms of discrimination.

Chairman Carr issued the following statement:

In the very first section of the Communications Act, Congress stated that it created the FCC for the purpose of regulating interstate and foreign commerce in communication "without discrimination on the basis of race, color, religion, national origin, or sex," 47 U.S.C. § 151, and Congress has expressly tasked the FCC with the important mission of increasing accessibility in the communications sector, *see e.g.*, CVAA, Pub. L. No. 111-260, 124 Stat. 2751 (2010).

Promoting invidious forms of discrimination runs contrary to the Communications Act and deprives Americans of their rights to fair and equal treatment under the law. It also represents a wasteful expenditure of taxpayer resources. Nonetheless, the FCC joined other private and public sector institutions in promoting discriminatory DEI policies during the Biden Administration. The FCC did so by embedding DEI in its strategic priorities, budget requests, advisory groups, rulemaking proceedings, and many other components of its official work.

Yesterday, President Trump took quick and decisive action that will end the radical and wasteful DEI programs that have spread across the government. President Trump's leadership on this will deliver great results for the American people as agencies act pursuant to his Executive Order.

Today, I am announcing that I am ending the FCC's promotion of DEI and will focus the agency's work on competently carrying out the FCC's mission, as defined by Congress. Here is what I am doing:

- **Eliminating the Promotion of DEI from the FCC's Strategic Plan.** Starting during the Biden Administration, FCC leadership added the promotion of DEI to the Commission's Strategic Plan, listing it as the FCC's second highest strategic priority. Promoting DEI will no longer be any part of the FCC's strategic plans going forward.

- **Eliminating the Promotion of DEI from the FCC's Budget.** Starting during the Biden Administration, the FCC's annual budget requests to Congress stated that the FCC would use its appropriated funds to promote DEI. Promoting DEI will no longer be any part of the FCC's budget requests going forward.

- **Eliminating the FCC's DEI Advisory Group.**  As Chairman of the FCC, I have concluded that the work of the FCC's Communications Equity and Diversity Council is complete.  This Advisory Group will therefore terminate pursuant to Section 10 of its Charter.

- **Rescinding the FCC's DEI Equity Action Plan.**  In 2022, the FCC published an Equity Action Plan that promotes DEI.  This Equity Action Plan will be rescinded.

- **Ending the FCC's DEI Task Force.**  In 2022, FCC leadership formed a cross-agency group named the Digital Discrimination Task Force.  I will ensure that this group and its work ends.

- **Eliminating DEI from the FCC's Advisory Committee Directive.**  In 2023, the FCC issued a Directive that tasked each of the FCC's advisory committees with promoting DEI.  This DEI portion of the 2023 Directive will be revoked.

- **Eliminating the Promotion of DEI from the FCC's Annual Performance Plans.**  Starting during the Biden Administration, FCC leadership added the promotion of DEI to the Commission's annual performance plans.  Promoting DEI will no longer be any part of the FCC's performance plans going forward.

- **Eliminating DEI Analysis from FCC Economic Reports.**  During the Biden Administration, the Commission's economic reports—including the FCC's Section 706 and its Communications Marketplace Reports—started to focus on the promotion of DEI, rather than hewing to the tasks laid out by Congress for those reports.  Promoting DEI will no longer be any part of the FCC's reports.

In addition to the steps I have listed here, the Commission will take further actions, as necessary and appropriate, to ensure that the FCC's promotion of DEI ends, including consulting and coordinating with other agencies.  The FCC will focus on competently carrying out the agency's statutory mission.

###

**Office of the Chairman: (202) 418-0500 / www.fcc.gov/about/leadership/brendan-carr**
**Media Contact: MediaRelations@fcc.gov**