

February 14, 2025

James Macgill
BALTIMORE CITY HEALTH DEPARTMENT
1001 E Fayette St
Baltimore, MD 21202

RE: Executive Order Compliance - Action Required

    Grant Number: 24SCBMD002
    Application ID: 24SC265064

Dear James Macgill,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review:

Based on this review, the language below from your application requires clarification:

24SC265064
• The strengthening communities narrative includes the following terms: Diversity, Equity; Equity Action Plan; DEI

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
    a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that Baltimore City Health Department SCP, 24SC265064 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox MidAtlantic@americorps.gov and Cc your Portfolio Manager.



2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
    a. Initiate an amendment to your most recent award 24SC265064 and remove or update any language related to out of compliance activities.
    b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
    a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, BALTIMORE CITY HEALTH DEPARTMENT is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Emma Ward

Cc: MidAtlantic@americorps.gov