# In botched DEI purge, OSHA trashes workplace safety guidelines

JUDD LEGUM AND REBECCA CROSBY

FEB 17, 2025

♡ 923    💬 57    ↻ 291                    Share



The Occupational Safety and Health Administration (OSHA) has ordered the digital and physical destruction of 18 publications on workplace safety practices, according to an internal February 7 email obtained by Popular Information. The email says the publications have been removed from the OSHA website and tells staff that any physical copies should be "disposed of or recycled."

The purge appears to be part of the Trump administration's effort to terminate any activities associated with "diversity, equity, inclusion, and accessibility," or DEIA. The email advises OSHA staff that "[i]f you have wallet cards that include language, or can be interpreted, on DEIA or gender ideology, please dispose of them as well."

**From:** Meilinger, Francis - OSHA <░░░░░░░░░░░░░░░░░>
**Sent:** Friday, February 7, 2025 1:28 PM
**To:** zzosha-SESplus <░░░░░░░░░░░░░░ zzOSHA-DRAS <░░░░░░░░░░░░░░>
**Cc:** Laihow, Amanda W - OSHA <░░░░░░░░░░░░░░>; Asplen, Michael R - OSHA <░░░░░░░░░░░░░░░░>; Braxton, Denisha L - OSHA <░░░░░░░░░░░░>
**Subject:** Hard Copy Publications

Good afternoon/morning,

Below is a list of publications that have been removed from our website and will no longer be distributed from our warehouse.  If you have any of these publications in your regional or area offices, please remove them to prevent distribution. They should be disposed of or recycled if you have that option.

If you have wallet cards that include language, or can be interpreted, on DEIA or gender ideology, please dispose of them as well.

Please let me know if you have any questions.

Thank you.

Frank

- **A Road Map for Healthcare Facilities (Workplace Violence)**
- **OSHA Best Practices for Protecting EMS Responders During Treatment and Transport of Victims of Hazardous Substance Releases**
- **Safety and Health Programs  - Construction**
- **Restroom Access for Transgender Workers, Best Practices**
- **Fact Sheet: OSHA's Vaccination and Testing ETS: How You Can Participate (English)**
- **Fact Sheet: OSHA's Vaccination and Testing ETS: How You Can Participate (Spanish)**
- **OSHA Best Practices for Hospital-Based First Receivers**
- **Assigned Protection Factors Guide for the Revised Respiratory Protection Standard (APF)**
- **Small Entity Compliance for the Respiratory Protection Standard**
- **Occupational Safety and Health Guidance Manual for Hazardous Waste Site Activities (published 1985)**
- **Guidelines for Nursing Homes: Ergonomics for the Prevention of Musculoskeletal Disorders**
- **Improve Tracking of Workplace Injuries and Illnesses Fact Sheet**
- **Guidelines for Retail Grocery Stores: Ergonomics for the Prevention of Musculoskeletal Disorders**
- **OSHA Best Practices for Hospital-Based First Receivers**
- **Ergonomics Guidelines for Shipyard (Guidance Document)**
- **Spirometry Testing in Occupational Health Programs booklet**
- **Workplace Mental Health Fact Sheet (Eng)**
- **Workplace Mental Health Fact Sheet (Sp)**

**Francis J. Meilinger**
Director of Communications

Popular Information has obtained archived versions of most of the deleted publications. Almost all of them are not associated with DEIA topics but appear to have been targeted because they include a DEIA-related keyword used in a completely different context.

For example, one of the purged publications is "OSHA Best Practices for Protecting EMS Responders During Treatment and Transport of Victims of Hazardous Substance Releases." Popular Information was able to obtain an [archived version](#) of the publication through the Internet Archive. The 104-page document — a collaboration between dozens of government agencies and NGOs — was published in 2009 to detail the steps "employers need to take to protect their EMS responders from becoming additional victims while on the front line of medical response." DEIA issues are not discussed.

On page 94 of the publication, however, the words "diversity" and "diverse" are used in a context that has nothing to do with race or gender. The publication notes there is a "diversity of state-specific certification, training, and regulatory requirements" for "EMS agencies" and "diverse conditions under which EMS responders could work." Similarly, on page 96, the publication notes, "EMS responders are a diverse group" and "risks vary with their primary and secondary roles."

"Guidelines for Nursing Homes: Ergonomics for the Prevention of Musculoskeletal Disorders," is a [44-page publication](#) released in 2009. It provides "recommendations for nursing home employers to help reduce the number and severity of work-related musculoskeletal disorders (MSDs) in their facilities." It has nothing to do with DEIA. On page 10, however, it notes that "development of MSDs may be related to genetic causes, gender, age, and other factors." The single use of the word "gender" appears to have flagged the publication for deletion and destruction.

Another purged publication, "Small Entity Compliance Guide for the Respiratory Protection Standard," contains the sentence, "[t]he new computer software reflects

the concept of government leadership through collaboration with diverse technical organizations." It has nothing to do with DEIA.

Only one of the 18 publications, "[Restroom Access for Transgender Workers, Best Practices](#)," appears to have anything to do with DEIA issues. That publication details federal and state legal precedent that recognizes "the core principle that employees should be allowed to use the restrooms that correspond to their gender identity." All of the targeted publications, however, include a keyword related to diversity or gender.

OSHA did not respond to a request for comment.

Popular Information is an independent newsletter dedicated to accountability journalism since 2018. It is made possible by readers who upgrade to a paid subscription.

| Type your email... | Subscribe |

## DOGE's crude anti-DEI game plan

The bungled purge of OSHA publications is part of a larger effort to eliminate "DEIA" from the federal government. The Washington Post obtained a [document](#) produced by Elon Musk's Department of Government Efficiency (DOGE), which outlines the game plan. Phase 1 of the plan involves forcing agencies to "[t]ake down all outward facing media (websites, social media accounts)" related to DEIA.

The federal government produces an immense amount of publicly available information, and it would be impossible for Musk's small team to review it all. It appears that publications at OSHA were identified by a keyword search that flagged information that has nothing to do with DEIA.

*We started a new publication, Musk Watch. NPR covered our launch [HERE](#). It features accountability journalism focused on one of the most powerful humans in history. It is free to sign up, so we hope you'll give it a try and let us know what you think.*

Last week, Popular Information [reported](#) on a similar issue at the National Security Council (NSA)." The NSA was executing a "Big Delete" of websites and internal network content that contained any of 27 banned words, including "privilege," "bias," and "inclusion." An internal NSA email obtained by Popular Information revealed that the dragnet is taking down "mission-related" work. An NSA source told Popular Information that the process was "very chaotic," but was plowing ahead anyway.

A Washington Post analysis published on January 31 [found](#) that words like diversity, equity, and inclusion were removed at least 231 times from the websites of federal agencies. A page on the Department of the Interior's website that boasted of its museums' "diverse collections," removed the word "diverse."

As part of the broader anti-DEIA plan, many federal employees that DOGE linked to DEIA activities have been fired or placed on administrative leave. According to the plan obtained by the Washington Post, in the [next phase](#), which starts February 19, an even broader group of federal employees will be targeted.

 923 Likes · 291 Restacks

← Previous        Next →

## Discussion about this post

 Comments    Restacks



Write a comment...



Peter  2d                                                                        ⋯

When you turn the process of trying to make the world safe for mediocre white men over to mediocre white men what do you expect. Of course the DOGE incels used all of their big balls to do a search thru pdf files with little regard for context, they are too high on their own supply to think about context. Give these dweebs some time, they will break something much more important than some OSHA publications, and the American people will be demanding their heads on a platter...along with Musk's.

♡ LIKE (130)   💬 REPLY                                                    ⬆ SHARE

5 replies



VALERIE MELUSKEY  2d *Edited*                                                    ⋯

Viewing this report about the botched purge of OSHA what becomes obvious is the sadistic intention originated by Elon Musk. He revels in ignorant cruelty. What is it going to take for these actions to be translated into simple language that the masses who voted for Trump can realize this intentional cruelty. Remember it is women who are a part of DEI, and of course anyone with black or brown skin. (White Nationalist Reacists are down with this skin color bias--even Enrique Torio.) NPR is taking this on, but let's see some headlines in all papers.

♡ LIKE (80)   💬 REPLY                                                      ⬆ SHARE

1 reply

**55 more comments...**

[Substack](https://substack.com) is the home for great culture