# The NSA's "Big Delete"

JUDD LEGUM AND REBECCA CROSBY

FEB 10, 2025

♥ 866    💬 75    🔁 242                                              Share



National Security Agency (NSA) headquarters in Fort Meade, Maryland.
(Photo by NSA via Getty Images)

Today, the National Security Agency (NSA) is planning a "Big Delete" of websites and internal network content that contain any of 27 banned words, including "privilege," "bias," and "inclusion." The "Big Delete," according to an NSA source

and internal correspondence reviewed by Popular Information, is creating unintended consequences. Although the websites and other content are purportedly being deleted to comply with President Trump's executive orders targeting diversity, equity, and inclusion, or "DEI," the dragnet is taking down "mission-related" work. According to the NSA source, who spoke on the condition of anonymity because they are not authorized to speak to the media, the process is "very chaotic," but is plowing ahead anyway.

A memo distributed by NSA leadership to its staff says that on February 10, all NSA websites and internal network pages that contain banned words will be deleted. This is the list of 27 banned words distributed to NSA staff:

> Anti-Racism
> Racism
> Allyship
> Bias
> DEI
> Diversity
> Diverse
> Confirmation Bias
> Equity
> Equitableness
> Feminism
> Gender
> Gender Identity
> Inclusion
> Inclusive
> All-Inclusive
> Inclusivity
> Injustice
> Intersectionality
> Prejudice

- Privilege
- Racial Identity
- Sexuality
- Stereotypes
- Pronouns
- Transgender
- Equality

The memo acknowledges that the list includes many terms that are used by the NSA in contexts that have nothing to do with DEI. For example, the term "privilege" is used by the NSA in the context of "privilege escalation." In the intelligence world, [privilege escalation](#) refers to "techniques that adversaries use to gain higher-level permissions on a system or network."

The purge extends beyond public-facing websites to pages on the NSA's internal network, including project management software like Jira and Confluence.

The NSA is trying to identify mission-related sites before the "Big Delete" is executed but appears to lack the personnel to do so. The NSA's internal network has existed since the 1990s, and a manual review of the content is impractical. Instead, the NSA is working with "Data Science Development Program interns" to "understand the false-positive use cases" and "help generate query options that can better minimize false-positives." Nevertheless, the NSA is anticipating "unintended downtime" of "mission-related" websites.

While Trump's executive order claims to target "[illegal and immoral discrimination programs](#)," the NSA's banned-word list demonstrates that the implementation is far broader. The Trump administration is attempting to prohibit any acknowledgment that racism, stereotypes, and bias exist. The ban is so sweeping that "[confirmation bias](#)" — the tendency of people "to accept or notice information if it appears to support what they already believe or expect" — is included, even though it has nothing to do with race or gender.

Popular Information is an independent newsletter dedicated to accountability journalism since 2018. It is made possible by readers who upgrade to a paid subscription.

[Type your email...] [Subscribe]

## The government memory hole

Since Trump took office, thousands of web pages across various federal agencies have been altered or removed entirely. Federal agencies have [taken down or edited resources](#) about HIV, contraceptives, LGBTQ+ health, [abortion](#), and [climate change](#). Some web pages have later come back online "[without clarity on what had been changed or removed](#)."

An [analysis](#) by the Washington Post of 8,000 federal web pages "found 662 examples of deletions and additions" since Trump took office. The analysis found that words like diversity, equity, and inclusion were removed at least 231 times from the websites of federal agencies, including the Department of Labor, the Department of Education, the Department of Health and Human Services, and the Department of Transportation.

One example included a job listing page for the Department of Homeland Security that removed language about maintaining an "inclusive environment." The Post also found examples of words being removed that had nothing to do with DEI, such as a page on the Department of the Interior's website that boasted of its museums' "diverse collections," removing the word "diverse."

Following Trump's executive orders targeting transgender individuals, multiple federal websites have removed transgender and intersex people from the acronym "LGBTQI," NBC News [reported](#). On the State Department website, a web page that used to provide resources for "LGBTQI Travelers" now addresses "[LGB Travelers](#)." The Social Security Administration has made similar changes, with a page heading now reading "[Social Security for LGBQ People](#)." Some agencies,

including the [Department of Education](), have [removed]() web pages with LGBTQ resources altogether.

On X, Elon Musk's United States DOGE Service is celebrating the deletions:



*We started a new publication, Musk Watch. NPR covered our launch [HERE](). It features accountability journalism focused on one of the most powerful humans in history. It is free to sign up, so we hope you'll give it a try and let us know what you think.*

Federal agencies have also been scrubbing websites for mentions of climate change, which Trump has called a "[hoax]()." The Department of Agriculture's Office of Communications issued a directive to "archive or unpublish any landing pages focused on climate change," the Guardian [reported](). Resources on the Forest Service website, including the [Climate Change Resource Center]() and the [Climate

Action Tracker, appear to still be unavailable. The Department of Transportation website replaced the phrase "climate change" with "climate resilience."

Among the agencies with the most deleted web pages is the Centers for Disease Control and Prevention (CDC), which took down over "3,000 pages," according to the New York Times. In one example, data from the CDC's Youth Risk Behavior Survey, which tracks important health metrics, was temporarily unavailable, only to come back online later with "at least one of the gender columns missing and its data documentation removed." A banner on the top of the CDC website states it is "being modified to comply with President Trump's Executive Orders."

Last week, the Trump administration was sued by Doctors for America, a physicians' group, for removing health resources and data from government websites, arguing that it "deprived clinicians and researchers of tools necessary to treat patients."

866 Likes · 242 Restacks

← Previous                                                                                          Next →

**Discussion about this post**

Comments    Restacks


Write a comment...


**VALERIE MELUSKEY**  Feb 10
The "Big Delete" fits the mindset of those who never felt loved and included when they were growing up. Mary Trump's father, Donald's popular older brother would include his little brother out of the generosity of his heart, even though D had no friends of his own. Elon Musk and Russell

Vought were shunned by those close to them. Now they resent that our powerful government would go out of it's way to INCLUDE those disfavored in any way. Even when it comes to our beautiful blue planet Earth, these misfits cannot find it in their minds and hearts to love and care for our oceans, lands, and air quality.

I feel a sense that these rulings reflect the thinking of the vapid Vought, author of Project 2025. "Climate resilience" makes no sense--scientifically or factually. My term for decades has been ecological imbalance...the results of our ignorance and laziness.

[Recommend the documentary The Symphony of the Soil for important education about our "EARTH"]

LIKE (55)   REPLY   SHARE

3 replies

**Jean E Hayes** Feb 10

Project 2025 is now being fully implemented. Unfortunately, millions of Americans won't even realize it until they feel the pain directly. Trump and his MAGA supporters have officially made America a banana republic and a sh***hole country. Where is this all going to end?

LIKE (45)   REPLY   SHARE

73 more comments...

© 2025 Popular Information LLC · Privacy · Terms · Collection notice
Substack is the home for great culture