# Exhibit D



Samuel Gunter <sgunter@nchousing.org>

## Executive Order Compliance – Response Required by February 19th

**Samuel Gunter** <sgunter@nchousing.org>  Tue, Feb 18, 2025 at 9:47 PM
To: "Murray, Shanon" <SMurray@americorps.gov>
Cc: "info@nchousing.org" <info@nchousing.org>, "sdarden@nchousing.org" <sdarden@nchousing.org>, Southeast <Southeast@americorps.gov>, "Ledlie, Caroline" <CLedlie@americorps.gov>, Ted Edwards <tedwards@bankslawfirm.com>
Bcc: sgunter+waiting@nchousing.org

I certify that North Carolina Housing Coalition, 24VS264966 complies with administrative Executive Orders and does not violate Federal anti-discrimination laws.

Regards,

### Samuel Gunter (he/him)
Executive Director

▓▓▓▓▓▓▓▓▓▓ | sgunter@nchousing.org



nchousing.org | Join | Donate

[Quoted text hidden]