# Exhibit E

Samuel Gunter <sgunter@nchousing.org>

---

## Executive Order Compliance – Response Required by February 19th

**'Murray, Shanon' via NCHC Info** <info@nchousing.org>　　　　Thu, Feb 20, 2025 at 6:39 PM
Reply-To: "Murray, Shanon" <SMurray@americorps.gov>
To: "info@nchousing.org" <info@nchousing.org>
Cc: "sdarden@nchousing.org" <sdarden@nchousing.org>, Southeast <Southeast@americorps.gov>, "Ledlie, Caroline" <CLedlie@americorps.gov>

Dear Samuel Gunter,

Thank you for your self-certification. As noted in the instructions included with our initial letter, "If any activities outlined in your application or VADS do not fully comply with the executive orders, you cannot self-certify and must amend your grant or relinquish the award."

The language in the following portions of your application still require clarification. Please review these portions of your application, as it is unclear whether they indicate that your program is using Federal funds to promote or provide services out of compliance with the applicable Executive Orders.

- **The need narrative includes the following terms: racial equity**
- **The VISTA Assignment narrative includes the following terms: equity**

Please either provide a justification or amend your award to address this real or perceived noncompliance by **Friday, February 21 12:00pm ET.**

Best Regards,

### Shanon Murray

**Portfolio Manager, Southeast Region**

Office of Regional Operations

[AmeriCorps.gov](https://AmeriCorps.gov)



**From:** Murray, Sharon
**Sent:** Friday, February 14, 2025 12:11 PM
**To:** info@nchousing.org
**Cc:** sdarden@nchousing.org; Southeast <Southeast@americorps.gov>; Ledlie, Caroline <CLedlie@americorps.gov>
**Subject:** Executive Order Compliance – Response Required by February 19th
**Importance:** High

[Quoted text hidden]