THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 25-cv-333 (ABA) |

**DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion and Order. *See* ECF Nos. 44 & 45.

    Respectfully submitted,

    ERIC HAMILTON
    Deputy Assistant Attorney General

    JOSEPH E. BORSON
    Assistant Branch Director

    */s/ Pardis Gheibi*
    PARDIS GHEIBI (D.C. Bar No. 90004767)
    Trial Attorney, U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W.
    Washington, D.C. 20005
    Tel.: (202) 305-3246
    Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*