**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants* | Case No. 25-cv-0333-ABA |

**ORDER**

Defendants have filed a Motion to Stay Injunction Pending Appeal (the "Motion to Stay," ECF No. 48), and in that motion requested expedited briefing and ruling, specifically that the Court rule on the motion to stay by close of business tomorrow. *See* ECF No. 48-1 at 2. The request to expedite briefing will be GRANTED IN PART and DENIED IN PART. Plaintiffs shall respond to the Motion to Stay tomorrow, **February 27, 2025**. If the government wishes to file a reply brief, it shall be filed **February 28, 2025**. The Court will rule on the Motion to Stay by Monday, March 3, 2025.

Date:  February 26, 2025

_____/s/_____
Adam B. Abelson
United States District Judge