IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-333-ABA |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CLARIFY PRELIMINARY INJUNCTION ORDER**

Upon consideration of Plaintiffs' motion for clarification and accompanying brief, it is hereby

**ORDERED** that the motion for clarification is **GRANTED**; it is further

**ORDERED** that, as used in the Court's preliminary injunction order, ECF No. 45, the phrase "other persons who are in active concert or participation with Defendants (the 'Enjoined Parties')" includes all federal executive branch agencies, their heads, and their subdivisions, who were directed by the President and other enjoined Defendants to implement the January 20 and 21 Executive Orders, regardless of whether they have been named as Defendants in this action.

**SO ORDERED**.

Dated: February __, 2025

_____

THE HON. ADAM B. ABELSON

UNITED STATES DISTRICT JUDGE