# Exhibit A



**Aleshadye Getachew** <agetachew@democracyforward.org>

# NADOHE v. Trump (1:25-cv-333): PI Order
18 messages

---

**Aleshadye Getachew** <agetachew@democracyforward.org>     Tue, Feb 25, 2025 at 8:00 AM
To: Pardis.Gheibi@usdoj.gov, molissa.farber@usdoj.gov, megan.micco@usdoj.gov
Cc: Ananda Burra <aburra@democracyforward.org>, Audrey Wiggins <awiggins@democracyforward.org>, Brooke Menschel <bmenschel@democracyforward.org>, Niyati Shah <nshah@advancingjustice-aajc.org>, Noah Baron <nbaron@advancingjustice-aajc.org>

Counsel:

In light of Judge Abelson's Preliminary Injunction Order issued on Friday, February 21, 2025, we are writing to inquire as to whether the Department intends to issue a memo to all federal agencies directing compliance with the Order as it did in response to the temporary restraining order in *New York et al. v. Trump*, No. 25-cv-39-JJM-PAS (D.R.I.). See Notice of Court Order (directing federal agencies to comply with the court's order).

We are making this inquiry, in part, because we are receiving reports that various federal agencies are continuing to require compliance with the enjoined Certification Requirement.

Please let us know if you plan to send a similar notice of the Court's February 21st Order to all federal agencies, and if so, your timing for issuing that notice. We would appreciate your response by close of business today.

Thank you,

Aleshadye

--



**Aleshadye (El-shuh-dye) Getachew**
Senior Counsel
Democracy Forward
she/her

(202) 274-7653

agetachew@democracyforward.org

democracyforward.org

NOTICE:  This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

