# Exhibit B



Aleshadye Getachew <agetachew@democracyforward.org>

## NADOHE v. Trump (1:25-cv-333): PI Order

**Gheibi, Pardis (CIV)** <Pardis.Gheibi@usdoj.gov>                                   Tue, Feb 25, 2025 at 5:04 PM
To: Aleshadye Getachew <agetachew@democracyforward.org>, "Farber, Molissa (USAMD)" <Molissa.Farber@usdoj.gov>, "Micco, Megan (USAMD)" <Megan.Micco@usdoj.gov>
Cc: Ananda Burra <aburra@democracyforward.org>, Audrey Wiggins <awiggins@democracyforward.org>, Brooke Menschel <bmenschel@democracyforward.org>, Niyati Shah <nshah@advancingjustice-aajc.org>, Noah Baron <nbaron@advancingjustice-aajc.org>

Counsel,

We have instructed the defendant agencies to fully comply with the Court's Order.

We do not intend to instruct non-defendant agencies to comply with the Order. The Court's Order was specifically limited to "Defendants other than the President, and other persons who are in active concert or participation with Defendants."

If you are, however, aware of any potential noncompliance by the defendant agencies, please bring that to our attention immediately.

Thank you.

Best,

Pardis

**Pardis Gheibi**

U.S. Department of Justice

Civil Division, Federal Programs Branch

O: (202) 305-3246

[Quoted text hidden]