# Exhibit C



Aleshadye Getachew <agetachew@democracyforward.org>

---

## NADOHE v. Trump (1:25-cv-333): PI Order

---

**Gheibi, Pardis (CIV)** <Pardis.Gheibi@usdoj.gov>  Thu, Feb 27, 2025 at 8:28 AM
To: Aleshadye Getachew <agetachew@democracyforward.org>
Cc: "Farber, Molissa (USAMD)" <Molissa.Farber@usdoj.gov>, "Micco, Megan (USAMD)" <Megan.Micco@usdoj.gov>, Ananda Burra <aburra@democracyforward.org>, Audrey Wiggins <awiggins@democracyforward.org>, Brooke Menschel <bmenschel@democracyforward.org>, Niyati Shah <nshah@advancingjustice-aajc.org>, Noah Baron <nbaron@advancingjustice-aajc.org>

Counsel,

If you believe that a federal agency has violated the Court's injunction by terminating contracts, please immediately identify the specific agency and the specific contracts at issue, as well as the date of termination and all other facts that would allow us to investigate this matter promptly.

Thank you.

Best,
Pardis

**Pardis Gheibi**
U.S. Department of Justice
Civil Division, Federal Programs Branch
O: (202) 305-3246

> On Feb 26, 2025, at 8:44 PM, Aleshadye Getachew <agetachew@democracyforward.org> wrote:
>
> Thank you for your response, Pardis.
>
> We have received reports that at least one federal agency has cancelled contracts for clearly viewpoint discriminatory reasons in violation of the Court's nationwide preliminary injunction.
>
> We understand that you do not read Judge Abelson's PI Order as covering non-named agencies. We disagree given that the PI Order applies to those who are "in active concert or participation with Defendants."
>
> We will be filing a motion to clarify tomorrow, seeking expedited briefing and relief. Please let us know your position on our motion by noon tomorrow (2/27).
>
> Best,
> Aleshadye
>
> On Tue, Feb 25, 2025 at 5:04 PM Gheibi, Pardis (CIV) <Pardis.Gheibi@usdoj.gov> wrote:
>> Counsel,
>>
>> We have instructed the defendant agencies to fully comply with the Court's Order.
>>
>> We do not intend to instruct non-defendant agencies to comply with the Order. The Court's Order was specifically limited to "Defendants other than the President, and other persons who