# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-333-ABA |

## PARTIES' JOINT MOTION FOR A BRIEFING SCHEDULE

The Parties have met and conferred regarding the schedule for briefing Plaintiffs' Motion for Clarification, ECF No. 50, filed on February 27.

Defendants seek until the end of the day on Monday, March 3, to file their opposition to the motion, with Plaintiffs' reply due March 4.

Plaintiffs agree to Defendants' requested schedule but believe the motion for clarification should be decided alongside the pending motion to stay, since both motions concern the scope of the Preliminary Injunction Order on appeal to the Court of Appeals. Defendants have specifically sought to narrow the scope of the injunction up on appeal in their motion to stay. The Court has entered a scheduling order for the motion to stay, with Plaintiffs' opposition due February 27 (48 hours after the motion to stay was filed) and Defendants' reply due February 28. Plaintiffs could brief the motion for clarification at a pace that would allow the Court to rule on it contemporaneously with the motion to stay as currently scheduled (Monday, March 3), *see* ECF

No. 49, and would otherwise suggest delaying the ruling on the motion to stay until a time that the Court believes is appropriate to allow for simultaneous rulings.

Because Defendants believe the pending motions can be resolved independently, they request that the Court maintain its current indication to rule on the Motion to Stay by Monday. Defendants take no position on the timing of the Court's ruling on Plaintiffs' Motion for Clarification subject to the Court entering the briefing schedule agreed upon by the parties.

The Parties will of course file their briefs at the convenience of the Court.

                                      Respectfully submitted on behalf of the Parties,

| | |
|---|---|
| | /s/Ananda V. Burra |
| Niyati Shah* | Ananda V. Burra (Bar No. 31438) |
| Noah Baron* | Aleshadye Getachew (Bar No. 31439) |
| Alizeh Ahmad* | Victoria S. Nugent (Bar No. 15039) |
| **Asian Americans Advancing Justice \| AAJC** | Audrey Wiggins* |
| | Brooke Menschel* |
| 1620 L Street NW, Suite 1050 | J. Sterling Moore* |
| Washington, DC 20036(202) 296-2300 | Orlando Economos* |
| nshah@advancingjustice-aajc.org | Skye Perryman* |
| nbaron@advancingjustice-aajc.org | **Democracy Forward Foundation** |
| aahmad@advancingjustice-aajc.org | P.O. Box 34553 |
| | Washington, D.C. 20043 |
| | (202) 448-9090 |
| | aburra@democracyforward.org |
| | agetachew@democracyforward.org |
| | vnugent@democracyforward.org |
| | awiggins@democracyforward.org |
| | bmenschel@democracyforward.org |
| | smoore@democracyforward.org |
| | oeconomos@democracyforward.org |
| | sperryman@democracyforward.org |
| | |
| | * admitted *pro hac vice* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically on February 27, 2025, to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/   Ananda V. Burra
Ananda V. Burra
Counsel for Plaintiffs