IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-333-ABA |

### [PROPOSED] ORDER GRANTING PARTIES' MOTION FOR A SCHEDULING ORDER REGARDING PLAINTIFFS' MOTION FOR CLARIFICATION

Upon consideration of the Parties' motion for a scheduling order for briefing Plaintiffs' motion for clarification, ECF No. 54, it is hereby

**ORDERED** that the motion is **GRANTED**.

Defendants' opposition to the motion for clarification is due on _____ and Plaintiffs' reply, if any, is due on \_\_\_\_\_.

**SO ORDERED**.

Dated: March \_\_, 2025                                          _____

THE HON. ADAM B. ABELSON

UNITED STATES DISTRICT JUDGE