IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ASSOCIATION OF
DIVERSITY OFFICERS IN HIGHER
EDUCATION, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*

Case No. 25-cv-0333-ABA

**ORDER**

Upon review of Plaintiffs' Motion to Clarify Preliminary Injunction Order (ECF No. 50, "the Clarification Motion"), the following briefing deadlines will apply:

| Defendants shall file their opposition to the Clarification Motion | Monday, March 3rd |
| --- | --- |
| Plaintiffs shall file their reply brief regarding the Clarification Motion | Tuesday, March 4th |

The scheduling order regarding the Motion to Stay Injunction Pending Appeal (ECF No. 48), as outlined in ECF No. 49, remains unchanged.

Date: February 28, 2025

                                                 /s/
                                       Adam B. Abelson
                                       United States District Judge