IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-333-ABA |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs wish to bring to the Court's attention the Fourth Circuit's recent decision in *CASA, Inc. v. Trump*, No. 25-1153, ECF No. 29 (4th Cir.). The decision—which the Fourth Circuit issued this morning and which is attached as an exhibit to this notice—addresses the very relief Defendants seek in their motion to stay. *See* ECF No. 48.

February 28, 2025                                          Respectfully submitted,

                                                           /s/ Ananda V. Burra

Niyati Shah*
Noah Baron*
Alizeh Ahmad*
**Asian Americans Advancing Justice | AAJC**
1620 L Street NW, Suite 1050
Washington, DC 20036(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
aahmad@advancingjustice-aajc.org

Ananda V. Burra (Bar No. 31438)
Aleshadye Getachew (Bar No. 31439)
Victoria S. Nugent (Bar No. 15039)
Audrey Wiggins*
Brooke Menschel*
J. Sterling Moore*
Orlando Economos*
Skye Perryman*
**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
aburra@democracyforward.org
agetachew@democracyforward.org
vnugent@democracyforward.org
awiggins@democracyforward.org
bmenschel@democracyforward.org
smoore@democracyforward.org
oeconomos@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system and all attachments will be sent electronically on February 28, 2025, to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/   Ananda V. Burra
    Ananda V. Burra
    Counsel for Plaintiffs