IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION, *et al.*, | * * * * | |
| PLAINTIFFS, | * * | |
| v. | * * | No. 25-cv-333 (ABA) |
| TRUMP et al., | * * | |
| DEFENDANTS. | * | |

******

## ORDER

Upon consideration of Plaintiffs' Motion for Other Relief (the "Motion"), ECF 50, the response thereto, ECF 62, and any reply in support, it is on this _____ day of March, 2025, hereby **ORDERED** that Plaintiffs' Motion is DENIED; it is further **ORDERED** that, the Court's preliminary injunction order, ECF No. 45, extends to "Defendants other than the President, and other persons who are in active concert or participation with Defendants other than the President (the 'Enjoined Parties')."

_____
Adam B. Abelson
United States District Judge