# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-333-ABA |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STATUS CONFERENCE

Upon consideration of Plaintiffs' emergency motion for a status conference, it is hereby

**ORDERED** that the emergency motion for a status conference is **GRANTED**; it is further

**ORDERED** that the Court will hold a telephone status conference on **March 14, 2025,** at [time] to address the issues raised in Plaintiffs' motion;

**ORDERED** that a public line will be made available.

**SO ORDERED**.

Dated: March 12, 2025

_____

THE HON. ADAM B. ABELSON

UNITED STATES DISTRICT JUDGE