mail.google.com/mail/u/0/popout?ver=jmdqql4u5cvi&msg=%23msg-f:1826585223430053764&attid=0.1

**Subject: MD0058L3B012417 MD-501 - REN - St. Ambrose Housing Aid Center PHP**



Cartagena, Evelyn J <Evelyn.J.Cartagena@hud.gov>
to Simmons, Ernestina O (MOHS), Williams, Lakeysha (MOHS), Madyun, Ebony M, Carter, Ingrid G, BaltimoreCPF

Thu, Mar 13, 5:28 PM (18 hours ago)

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Good afternoon Ernestina:

    Congratulations on your award under the Department of Housing and Urban Development's 2024 Continuum of Care Program funding competition. Addressing homelessness is one of the Department's top priorities and these projects will make a significant contribution toward supporting a continuum of care system in your community.

    The attachments are the following Continuum of Care Program Grant Agreements – Scope of Work for FY2024 COC AWARD that includes the signature page for:

### MD0058L3B012417 MD-501 - REN - St. Ambrose Housing Aid Center PHP

    Our goal is to process your renewal grants as expeditiously as possible. This transmittal includes important instructions for processing your grant agreement and additional information regarding the administration of CoC program funds.

    **Attached is the CoC grant agreement, which includes your renewal grant for 2024.** Once executed, the grant agreement will be in effect for the grant period of performance. It contains relevant project information such as the project number, period of performance, grant award amount, and grant Budget Line Item (BLI) amounts.

Please execute the grant agreement in accordance with the instructions provided and once executed, **email a PDF** of the grant agreement to baltimorecpf@hud.gov *and to my e-mail below*. Please retain a copy for your records.

**Important Instructions**—

- **The signatory to the agreement must match the authorized official in *e-snaps*.** Our office cannot process any grants with discrepancies. This is found in each grantee's Applicant Profile in *e-snaps*.

- New for FY2024, the authorized official **must** complete the **Indirect Cost Rate Addendum** to each agreement. Please mark one (and only one) checkbox to reflect how indirect costs will be calculated and charged under the grant. Complete this section in full by applying the authorized official's name, title, date, and signature. The selection reflected in the Indirect Cost Rate Addendum should match what was stated in the project application as it relates to the indirect cost rate.

- **Financial Information** is only required if your organization has made staffing or banking changes. Please ensure that the appropriate staff have eLOCCs access. The Financial Instructions (eLOCCS and Secure System) are available here. Please complete these forms, only as needed, and submit them to our Office for processing.

- **Funds may only be drawn down after** full execution of the grant agreement, after the expiration of the prior grant's Period of Performance and the start of the renewal grant's Period of Performance.

- **Your UNIQUE ENTITY IDENTIFIER (UEI) NUMBER (formerly DUNS) must be active in SAMS** (https://www.sam.gov/SAM/). Currently, the system shows that **your UEI is active.** Please ensure that your UEI status remains active for the entire Period of Performance.

Additional important information and reminders for administering your CoC program funds are available below.

    HUD congratulates your organization on your grant award, and we look forward to assisting you in administering your grants and accomplishing your program goals. If you have any questions or need further information or assistance, please contact your point of contact/assigned CPD Representative in our office.

# Administering CoC Program Funds:
## Additional Information and Reminders

| | CoC Specific Requirements |
|---|---|
| **FY2024 CoC NOFO** | 2024 CoC funds must be administered in accordance with the FY2024 CoC NOFO, available here, and the issues and conditions contained in the grant agreement. |
| **CoC Program Regulations** | The CoC Interim Rule is available in 24 CFR §578 here. |
| **Definition of "Homelessness" and Recordkeeping Requirements** | A helpful summary of the CoC Criteria for Defining Homelessness and the corresponding Recordkeeping Requirements is available here: At a Glance_Criteria and Recordkeeping Requirements for Definition of Homeless (hudexchange.info). |
| **CoC Virtual Binders** | CoC Virtual Binders (available here) cover foundational topics from the CoC program, with the goal to transfer basic knowledge to grantees in order to more successfully administer their projects. Each binder reflects a range of learning styles and offers a variety of ways to interact with the topics. |
| **Match** | Recipients of new and renewal CoC Program grants must adhere to 24 CFR 578.73 and 2 CFR 200.306 and must match the total grant, except leasing, with no less than 25 percent cash or in-kind contributions from other sources and match must be used for the eligible CoC Program costs outlined in Subpart D of the CoC Program interim rule. 24 CFR 578.97(c) provides that rents and occupancy charges collected by the recipient or subrecipient from program participants are program income. H.R.4366 - 118th Congress (2023-2024): Consolidated Appropriations Act, 2024 | Congress.gov | Library of Congress (Sec. 226) permits costs paid by the program income of grant recipients to count toward the recipient's matching requirements for FY2015-FY2024 Continuum of Care funds. |
| **Quarterly Draw Requirement** | The CoC program regulation "timeliness standards" at 24 CFR §578.85 require recipients to draw down funds at least once per quarter of the program year, after eligible activities commence. |
| **Annual Performance Reporting (APR)** | Recipients of CoC funding required to submit an Annual Performance Report (APR) electronically to HUD every operating year in the in the Sage HMIS Reporting Repository. Final eLOCCS voucher requests and the final APR submission through Sage is due no later than 90 days after the period of performance end date. To assist you with this reporting, please take note of the following resources:<br>• Sage CoC APR Guidebook for CoC Grant-Funded Programs<br>• Sage HMIS Reporting Repository User Manual<br>• Additional guides, tools, and training are available here. |
| | **Federal Cross-Cutting Requirements** |
| **Build America, Buy America (BABA)** | The Build America, Buy America (BABA) Act requires any public infrastructure project funded by any Federal Financial Assistance (FFA) apply a domestic content procurement preference, meaning that all iron, steel, manufactured products, and construction materials used in the infrastructure project have been produced in the United States, unless the awarding agency has issued a waiver of this requirement. This is called the "Buy America Preference" (BAP). For more information, including whether the BAP applies to your project and important clarity on how the BAP applies to housing projects, please consult Notice CPD-2025-01. |
| **Preventing Waste, Fraud, and Abuse and Whistleblower Protections** | Preventing waste, fraud, and abuse of Federal funds is a shared responsibility and any person who becomes aware of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). HUD OIG is available to receive allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form.<br><br>Please be reminded of the Whistleblower Protection requirements contained in 41 U.S.C. § 4712, which, as amended, protect employees of a government contractor, subcontractor, grantee, and subgrantee from retaliation or reprisal as a result of protected disclosures of gross mismanagement, gross waste, abuse of authority, and other violations in connection with Federal contracts or grants. Grantee must inform employees in writing of their rights and remedies. |
| **Federal Funding Accountability and Transparency Act (FFATA)** | The FFATA Subaward Reporting System (FSRS) is a reporting tool that Federal prime awardees (i.e., prime grant recipients and prime contractors) use to capture and report subaward and executive compensation data to meet the FFATA reporting requirements. For FSRS reporting, prime awardees will report on all subawards they make. In accordance with 2 CFR part 170, prime awardees awarded a Federal grant are **required** to file a FFATA subaward report by the end of the month following the month in which the prime awardee awards any subaward equal to or greater than $30,000 in Federal funds. Additional information can be found on the FSRS website, at https://www.fsrs.gov/. |
| **Environmental Review** | Activities under the CoC program are subject to environmental review by a responsible entity under HUD regulations at 24 CFR part 58. Environmental reviews for an activity may be completed after the award but must be completed prior to the execution of the grant agreement if an environmental review for that particular activity has not been completed within 5 years. HUD recommends a new environmental review is conducted every five years or sooner if/when environmental conditions change or there is a change to the project. HUD has published a series of FAQs relating to environmental review requirements here. We also encourage you to visit the CoC Program Environmental Review Resources page here and the Office of Environment and Energy (OEE) webpage here. |

Sincerely,

**Evelyn J. Cartagena**

CPD Representative
U.S. Department of Housing and Urban Development
Bank of America Building, Tower II
100 South Charles Street, Suite 500
Baltimore, MD 21201
**Phone:** (410) 209-6515
**Fax:** (410) 209-6672
**E-mail:** Evelyn.J.Cartagena@hud.gov



One attachment • Scanned by Gmail


MD0058L3B01241...