IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br>*Defendants* | Case No. 25-cv-0333-ABA |

**ORDER**

After a hearing today on Plaintiffs' "Emergency Motion for Status Conference Regarding Preliminary Injunction" (ECF No. 68), during which Plaintiffs asserted that they intend to file a motion requesting a compliance plan in connection with this Court's February 21, 2025 preliminary injunction, as clarified on March 10, 2025 (ECF No. 67), it is ORDERED as follows:

1. The motion is GRANTED to the extent the Court held a status conference as requested.

2. Plaintiffs shall file their motion by Monday, March 17, 2025. The motion shall address both whether the government has complied with this Court's preliminary injunction and, if not, what remedies or plans are appropriate.

3. Defendants shall file a response by Friday, March 21, 2025.

4. Plaintiffs may file a reply by Tuesday, March 25, 2025.

5. The Court will hold a hearing on the motion in person on **Friday, March 28, 2025 at 2:00 p.m. in courtroom 1A** of the Edward A. Garmatz Courthouse.

Date:  March 14, 2025

_____/s/_____
Adam B. Abelson
United States District Judge