IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>  Defendants. | Civil Action No. 1:25-cv-333-ABA |

## PLAINTIFFS' MOTION TO VACATE SCHEDULING ORDER, ECF NO. 72

Plaintiffs respectfully move to vacate the Court's scheduling order on Plaintiffs' then-anticipated motion for a compliance plan with the Court's Preliminary Injunction, ECF No. 72, entered on March 14, 2025. While Plaintiffs remain extremely concerned about the Government's compliance with the Preliminary Injunction, in light of the Fourth Circuit's order staying the Preliminary Injunction, ECF No. 73, Plaintiffs seek to vacate the scheduling order without prejudice.

Defendants' counsel confirm that they consent to this motion to vacate.

Respectfully submitted,

| | |
|---|---|
| | /s/ *Ananda V. Burra* |
| Niyati Shah* | Ananda V. Burra (Bar No. 31438) |
| Noah Baron* | Aleshadye Getachew (Bar No. 31439) |
| Alizeh Ahmad* | Victoria S. Nugent (Bar No. 15039) |
| **Asian Americans Advancing Justice \|** | Audrey Wiggins* |
| **   AAJC** | Brooke Menschel* |
| 1620 L Street NW, Suite 1050 | J. Sterling Moore* |
| Washington, DC 20036 | Orlando Economos* |
| (202) 296-2300 | Skye Perryman* |
| nshah@advancingjustice-aajc.org | **Democracy Forward Foundation** |

1

nbaron@advancingjustice-aajc.org
aahmad@advancingjustice-aajc.org

P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
aburra@democracyforward.org
agetachew@democracyforward.org
vnugent@democracyforward.org
awiggins@democracyforward.org
bmenschel@democracyforward.org
smoore@democracyforward.org
oeconomos@democracyforward.org
sperryman@democracyforward.org

* admitted *pro hac vice*

## CERTIFICATION OF SERVICE

I hereby certify that this document filed through the ECF system and all attachment will be sent electronically on DATE, to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/   Ananda V. Burra
Ananda V. Burra

*Counsel for Plaintiffs*