IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>  Defendants. | Civil Action No. 1:25-cv-333-ABA |

## ORDER GRANTING PLAINTIFFS' MOTION TO VACATE SCHEDULING ORDER

Upon consideration of Plaintiffs' motion to vacate the Court's scheduling order, ECF No. 72, with Defendants' consent, it is hereby

**ORDERED** that the motion is **GRANTED**.

The scheduling order at ECF No. 72 is **VACATED** without prejudice.

**SO ORDERED**.

Dated: March 17, 2025

                                    /s/                                    
THE HON. ADAM B. ABELSON
UNITED STATES DISTRICT JUDGE