IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NATIONAL ASSOCIATION OF      )
DIVERSITY OFFICERS IN        )
HIGHER EDUCATION, ET AL.,    )
      Plaintiffs,            )
                        )
      vs.                    )   CIVIL CASE NO. 1:25-cv-0333-ABA
                        )
DONALD J. TRUMP., ET AL.,    )
      Defendants.            )
_____)

FRIDAY, MARCH 14, 2025
Courtroom 7D
Baltimore, Maryland

VIRTUAL STATUS CONFERENCE

BEFORE:  THE HONORABLE ADAM B. ABELSON, Judge

On Behalf of the Plaintiffs:

    ANANDA V. BURRA, ESQUIRE
    ALESHADYE GETACHEW, ESQUIRE
    AUDREY J. WIGGINS, ESQUIRE
    BROOKE MENSCHEL, ESQUIRE
    J. STERLING MOORE, ESQUIRE
        Democracy Forward Foundation
        P.O. Box 34553
        Washington, DC 20043

    NOAH BARON, ESQUIRE
    ALIZEH AHMAD, ESQUIRE
        Asian Americans Advancing Justice-AAJC
        1620 L Street, NW
        Washington, DC 20036

On Behalf of the Defendants:

    PARDIS GHEIBI, ESQUIRE
    JOHN GRIFFITH, ESQUIRE
        Department of Justice
        36 South Charles Street, 4th Floor
        Baltimore, MD 21201

    (Computer-aided transcription of stenotype notes.)

P R O C E E D I N G
3:05 p.m.

THE CLERK:  The United States District Court for the District of Maryland is now in session.  The Honorable Judge Adam B. Abelson now presiding.

The matter now pending before this court is civil docket number ABA-25-333, National Association of Diversity Officers and Higher Education, et al., versus Trump, et al.

This matter now comes before the Court for the purpose of a status conference.

Counsel for the plaintiffs, please introduce yourselves for the record, please.

MR. BURRA:  Good afternoon, Your Honor.  This is Ananda Burra from Democracy Forward for plaintiffs.  And with me from Democracy Forward are Audrey Wiggins, Aleshady Getachew, Brooke Menschel, and Sterling Moore.  And I believe our co-counsel are also here.

THE CLERK:  And for the defendants, please.

MR. BARON:  Sorry, just for -- also for the -- also for the plaintiffs is Noah Baron with Asian Americans Advancing Justice, AAJC.

THE COURT:  Thank you.

And for the defendants, please.

MS. GHEIBI:  Good afternoon, Your Honor.  For the defendants I'm Pardis Gheibi from the Department of Justice.  I

have my colleague here, John Griffiths also from DOJ.

THE COURT:  All right.  Good afternoon, everyone.  I'm Judge Abelson.

Yesterday the plaintiffs filed what you all called an Emergency Motion For a Status Conference Regarding Preliminary Injunction.  I've reviewed that motion and that is the purpose of this call.

I'll first hear from plaintiffs and then from counsel for the government.  And you can raise whatever you wish on the substance of these concerns, either side, the substance of the concerns that plaintiffs have raised.  But just to make clear at the outset that this is really not an evidentiary hearing; this is a scheduling conference to determine whether there should be briefing and/or a hearing on the issues that plaintiffs have raised.

So with that preface, Mr. Burra, I'm happy to hear from you, or whoever is also on behalf of the plaintiff.

MR. BURRA:  Thank you, Your Honor.  This is Ananda Burra for plaintiffs.

And, Your Honor, I think our papers largely speak for themselves.  I think we're coming to you for two concrete things.

One is something we filed on the docket about an hour and a half ago in Baltimore.  Baltimore has received a notice to certify; certification that seems squarely within the terms of

*Kassandra L. McPherson, RPR - Federal Official Court Reporter*
*101 West Lombard Street, 4th Floor*
*Baltimore, MD 21201*

(410) 962-4544

your order.  They've been asked to certify to that or risk losing money for the unhoused population in Baltimore.  That's the sort of the immediate need.

And then we also come for a compliance plan because we feel that the material we submitted to you shows, at best, a systemic failure.  And we have some ideas how to get to compliance, and I'll just say our clients are suffering, and I think there are probably hundreds of people on this call who are listening in who are, themselves, suffering, or represent people who suffer despite your order, and despite the fact that your order was created specifically to deal with those issues.

So I'm happy to go into detail about the kinds of compliance plan we think we need, and I can also go into more detail about the kind of relief we need for Baltimore.

THE COURT:  Well, let's not do that right now.  What are you looking for in terms of a briefing schedule and/or hearing?

MR. BURRA:  Your Honor, I think part of it, the Baltimore issue has just come in and it is emergent.  And so to the extent that the Court could rule today, that would be wonderful, on a very narrow question.

I think on the compliance plan we are happy to submit briefing on that, and a plan to you about how we think the government can come closer to compliance with the preliminary injunction, and also to remediate the harm that has befallen

03/14/2025 Status Conference                    5

people, because it has.  So we are happy to brief that on whatever schedule the Court wants.

THE COURT:  Well, what is the briefing schedule that you would propose?  Or are you in a position at this point to speak to a schedule?  Because I did hear you say --

MR. BURRA:  Certainly, Your Honor.

THE COURT:  -- you are proposing to propose that I take some additional measures.  So are you proposing to file a brief on Monday?  Are you looking to go in a couple of weeks?  What are we talking about?

MR. BURRA:  We would file on Monday, Your Honor.

THE COURT:  Okay.

MR. BURRA:  And on the Baltimore side, we just -- we need an order from the Court saying that Baltimore can sign this agreement without having to swear to the certification provision.  If Baltimore does not sign that agreement it is not going to be able to get, I think right now, about $10 million worth of funds disbursed for the people.  And so, you know, if Your Honor needs briefing on that we're happy to provide that, but we think it's a clear-cut case of a violation of DEI and we would ask for a court order on that.

THE COURT:  And I understand.  And until you said that -- I had not seen that last filing.  I came off of the bench shortly before this call.  So I will review that submission after this call and take that under consideration.

MR. BURRA:  Thank you, Your Honor.

THE COURT:  Ms. Gheibi.

MS. GHEIBI:  Thank you, Your Honor.

To the extent that this Court wants briefing, we ask that we get a full opportunity, with reasonable time, to run down all of these issues.  I mean, we got the letter two hours before it was filed on the docket and we're trying to run down these issues.

And so to the extent that plaintiffs want to sort of brief potential compliance standards or whatnot based on these allegations, we think it would be prudent to give us an opportunity to run down the issues and then respond accordingly. Right now we're sort of being faced with these allegations by plaintiffs without reasonable opportunity to really run them down.

And as plaintiff counsel mentioned, this HUD contract, we saw it for the first time when it was filed on the docket an hour and a half ago.  Again, we need time to run it down.  But our preliminary understanding is that that was actually the template.  But again, we need to run it down.  Our preliminary understanding is that to the extent that the contract does include a language that mirrors that of the certification provision, HUD is actively working to amend the contract accordingly.

So again, I think that just highlights that we need an

opportunity to be able to sort of address and brief these issues and again, run it down on our end.

There are a lot of agencies that are involved, there are agency counsel, process, protocol, it's going to take time. And, of course, we're going to do everything we can to address these in a timely fashion. But at this point we're not -- we can't provide definitive answers to the Court or plaintiff.

THE COURT: On this Baltimore contract which I, again, did not have an opportunity to review before this call --

Well, let me ask you, Ms. Gheibi. Have you reviewed the filing that plaintiff made this afternoon?

MS. GHEIBI: I've sent -- we are trying to run it down. My understanding is that at this point, to the extent that there is language that mirrors the certification provision, that that appears in a template and that HUD is actively working towards amending the actual contracts that go out to not include that language.

So we ask for reasonable opportunity after this call to sort of run that down before the Court sort of issues an order. Again, our position is that HUD is working to make the appropriate amendments there. So we don't think an order is appropriate until we've had a time to figure out exactly what this is. Again, we found out about this less than two hours ago so --

THE COURT: Well, Ms. Gheibi, I'm looking at ECF 70-3,

*Kassandra L. McPherson, RPR - Federal Official Court Reporter*
*101 West Lombard Street, 4th Floor*
*Baltimore, MD 21201*

(410) 962-4544

page 3 which includes a number of points, they're numbered.  And number 3 says:  The recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion that violates any applicable federal antidiscrimination laws.

Can you state now that the recipient of the contract, which I understand is the City of Baltimore, need not make that certification?

MS. GHEIBI:  That is correct.  Yes, I can state that.  That, again, we're in the process -- HUD is in the process of making the appropriate amendments.  Again, it's going to take time, but I can make that representation at this point, such that it's not necessary for the Court to issue an order to that effect.

THE COURT:  So Baltimore can cross out that certification and then sign the contract, and despite striking that language the contract will issue.  Is that what I understand you to be saying?

MS. GHEIBI:  Well, what we're going to do is, we're going to work to reissue a contract that doesn't include that in a timely fashion.  And to the extent there are any impending deadlines right now, we are going to work to ensure that there isn't a sort of problem there.  But again, what I can represent is that HUD is working towards remedying this particular provision.  So HUD is -- excuse me, Baltimore will not have to sign this.  Now whether they're going to reissue a contract that

doesn't include it or how the mechanisms will sort of play out, I'm not exactly sure.  Again, this was less than two hours ago and we're going to need time to figure that out.  But I can make the representation that HUD -- Baltimore is not going to be required to sign that in order to receive its funding.

THE COURT:  Are you suggesting that because Baltimore won't sign this that the contract won't be issued?

MS. GHEIBI:  No.  I think to the extent that Baltimore -- again, I'm not exactly sure whether or not Baltimore has been asked to sign this -- whether or not this is a template or this is actually the contract that Baltimore was asked to sign.  What I'm suggesting is that HUD is going to be reissuing a contract that doesn't include this provision to Baltimore.

So, again, I'm not sure I understood plaintiffs' counsel correctly, if Baltimore has been asked to sign this particular contract right now.  Again, my understanding was that the version that we've seen is actually a template, at least the one that appeared in the exhibit yesterday, that that was actually a template and that San Francisco hadn't been asked to sign that specifically.  But I don't know about this one that was filed on the docket a few hours ago, whether or not this is a template or it was something that they were asked to sign.

In any event, HUD is working toward remedying whatever provision appeared to this effect in the contract such that the recipient will not have to sign it.  So we -- HUD reissues the

contract or do whatever is necessary, but HUD is not going to be requiring Baltimore to sign this, this provision, in order to receive its funding.

THE COURT:  Okay.  I understand that plaintiffs' concern is broader.  That in light of this contract that was issued by HUD and other issues that I understand have been brought to their attention they are -- will be, as I understand it, filing a motion requesting a, quote, compliance plan.

What is the government's view on an appropriate briefing schedule for that motion the plaintiffs state that they plan to file on Monday?

MS. GHEIBI:  Well, our position is going to be that at this point a compliance plan would not be appropriate until we've had a chance to sort of look at these issues.  Again, we haven't had the chance to run all of them down, but several of these, I mean, we're seeing instances where the termination happened prior to the injunction.  We're seeing instances where whatever was issued was actually pursuant -- issued pursuant to an independent guidance within an agency.

So this is all to say that we think it would be prudent for us to first be able to brief exactly what plaintiffs' issues are before we sort of get into briefing on any compliance plan.

If the Court would be amenable to that, we would ask for a few more days, I guess, to be able to sort of issue these and provide -- sort of run these down and provide a written response

regarding these particular issues.

THE COURT:  Okay.  Anything else, Ms. Gheibi for now?

MS. GHEIBI:  Nope.  Thank you.

THE COURT:  Mr. Burra.

MR. BURRA:  Your Honor, thank you.  I think Baltimore prefers to have that from the Department of Justice.

I will flag two things.  I understand San Francisco did, in fact, get that and was told that it, in fact, had to sign that contract.

And to the point about HUD working to change its policies, the Secretary of HUD tweeted about -- tweeted this very contract yesterday afternoon at 2:45 p.m.  2:47 p.m., Your Honor.

THE COURT:  I'm sorry, say that again.

MR. BURRA:  This is --

THE COURT:  The Secretary did what?

MR. BURRA:  The Secretary, he tweeted this very same template that Ms. Gheibi is talking about.  He tweeted that out yesterday at 2:47 p.m.  We linked to it in our briefing.  And he said POC funds, which is the Opinion of Care Funds will now be used for their intended purpose.  They will not promote DEI and force gender ideology, support abortion, subsidize illegal immigration, and discriminate against faith-based groups.  And, in fact, highlighted Number 3, the provision that you've noted.

And, Your Honor, just on the other two pieces that counsel mentioned about independent guidance.  First of all, you know,

defense counsel is welcome to run down these particular instances that we pulled from basically public reporting.  But the point of our submission was that there does seem to be a widespread problem.  And one of the things we've noticed is that agencies are just cutting and pasting the language that you enjoined and plugging it into contracts.  Not using the words Executive Order or saying pursuant to their general discretion. They're committing viewpoint discrimination just by deleting two words.

And so, Your Honor, I think in our compliance plan we'll want clarity that defendants cannot and agencies cannot just get around your order in this way.

THE COURT:  Understood.  All right.

Well, on the specific Baltimore contract that we've been discussing, I understand the representation that the government has made on this call to be sufficient assurance to Baltimore.

On the broader issue of compliance, I understand the plaintiffs are filing a motion on Monday.  I understand the government wants -- well, the government will need to respond to that motion, and I understand the government has asked for time to respond.  I do believe a shorter briefing schedule than is the typical under our local rules which provides the 14-day response deadline is appropriate.

Ms. Gheibi, do you have a specific date next week when you would propose to file your response, which will need to address

all aspects of the plaintiffs' anticipated filing, which I understand will address both a specific instances of alleged non-compliance and a potential remedy for those.

Can the government be in a position to respond by Thursday?

MS. GHEIBI:  Your Honor, we would ask for Friday, if that's possible, to be able to run these issues down sufficiently.

And now plaintiff seems to have raised a new issue of potentially briefing this compliance plan.  Again, we think it would -- the reasonable amount of time would be until Friday, and we can do our best to run these things down.

And I also want to highlight that we'd be grateful if the Court's order also direct plaintiff to provide us the specifics of some of these.  When we try to run down some of these allegations it's just too difficult; references to eight state university.  The federal government has countless contracts with countless counterparts.  And so it would -- it would help us speed things up if plaintiffs could provide us with the specifics.  And I think that could benefit everyone and the Court's decision-making here if we could just get specifics on that.  But Friday would be -- we think would be reasonable, but, of course, if the Court wants briefing on Thursday we'll provide it on that date.

THE COURT:  Okay.  One of the items or questions that plaintiffs raise in their filing is for clarification.  I'm

quoting from the filing at ECF 68 at page 2.  Seek clarification from DOJ concerning steps they have taken to address this, referring to the issues raised in the motion.

What information are you in a position today to explain about what steps DOJ has taken to ensure that the Government is complying with the injunction?

MS. GHEIBI:  So, Your Honor, what I can say is that we notified the defendants of the court order that was issued. We've done our best to notify non-defendants of the Court's -- March 10th order, but obviously that's not an easy task given the size of the federal government.  As I'm sure may not be surprising to people on this call, there isn't a list of all legal counsel at every single agency and subagency, but we've been doing our best to identify legal counsel and provide notification.  And we've been fielding questions from defendants and non-defendants alike.  So that's -- that's the information I can provide.  I hope it's sufficient.

Plaintiffs asked for particular communication and we maintain that the specifics of those is privileged and we would not volunteer that to plaintiff's counsel.

THE COURT:  Well, I'll take under advisement the request as to schedule.  Let me ask one other timing, scheduling related question.  I have a criminal trial starting on Monday. If I'm going to hold a hearing on this would either side be unavailable either on Friday, March 21st or Friday, March 28th?

Mr. Burra?

MR. BURRA:  Your Honor, we would be available.

And if I could just follow-up on a couple of things Ms. Gheibi said.  I can wait until she responds.

THE COURT:  Sure.  I'll give you another chance, but get with Ms. Gheibi on the schedule.

MS. GHEIBI:  Your Honor, I would be available on either of those dates.  Thank you.

THE COURT:  All right.  Mr. Burra?

MR. BURRA:  Your Honor, so two things.  So one, Ms. Gheibi mentioned that she needs specificity about the things we pointed out in our letter.  Those are primarily public reporting.  But I think the specificity is the key over here. San Francisco got the same thing that Baltimore did, as did we understand hundreds of other companies and entities around the country.

If DOJ is willing to say that that clause is not enforceable, it would be wonderful to say it about everybody to who that applies.  Because today, you know, we are here in front of you with Baltimore's contract.  We happen to have San Francisco's contract but we also know that the HUD Secretary sent this out to everybody.  And so if DOJ's position is yes, this is not enforceable, it would be great for them to say that about everybody, because I think that would give a lot of needed relief.

*Kassandra L. McPherson, RPR - Federal Official Court Reporter*
*101 West Lombard Street, 4th Floor*
*Baltimore, MD 21201*

(410) 962-4544

But more broadly, I think really what we were getting at in our request to defend this a little bit, we wanted to know the sum and substance of what they told defendants.  And we wanted to make sure that they put out public notice, because we haven't seen that anywhere, unlike in other cases where injunctions have been given.  And that's just not happened at all as far as we know.  And so the effects that are the core of our case, those continue.

So that's why we think that this is urgent and something that needs to move quickly.  We understand the Court, of course a criminal trial takes precedent.

And one small point Ms. Gheibi mentioned, that it takes time for all agencies to find out.  We actually served HUD with the preliminary injunction order February 25th.  February 21st, we served them the week after.  So we are not talking about noncompliance that people don't know -- but -- (telephonic interruption).

But that's it, Your Honor.

THE COURT:  Ms. Gheibi, can the Government agree that certification language, like what appears to have been in the contract sent to Baltimore this week, is unenforceable?

MS. GHEIBI:  Your Honor, I take Plaintiffs' counsel's position to be that, you know, we here today can sort of say on behalf of the government that that's the case.

What I can say is our position, is that this certification

*Kassandra L. McPherson, RPR - Federal Official Court Reporter*
*101 West Lombard Street, 4th Floor*
*Baltimore, MD 21201*

(410) 962-4544

provision is unenforceable.  But to the extent agencies are in the process of sort of implementing the Court's orders and -- they're the counterparty to the contract and they're in the process of running that down.  And we'll -- you know, again, things have to move up all of these various separate agencies. That Plaintiffs are sort of treating this as if the Government is sort of one unified whole in the abstract, but there are various different agencies and various different leaderships and things need to move through there.

What I can convey, is that my understanding is that HUD, to the extent it has sent out this language, is working to remedy it and the counterparties will be notified in due course.  And me representing that on this call will not do what the counterparty needs, which is sort of a communication from the agency itself which, as I understand it, is forthcoming on this.

So again, HUD was not a party and Plaintiffs say that they served HUD on February 21st.  But as Plaintiffs well know, and as this Court well knows, our position at the time was that the injunction doesn't apply to them.  So, you know, that's -- obviously the Court's order was stated otherwise on March 10th. So -- and HUD has been working to sort of bring its policies in line with that order since then.

So again, a lot of moving parts here, and sort of Plaintiff's expectation here that we can just snap our fingers and the entire federal government, hundreds of agencies, two

million federal employees are going to be in compliance is just not realistic.  So we're asking for some grace here as we work through this process.

And to the extent there are specific issues, like this contract for instance, if they bring it to our attention we can address it.  But I can't answer and make these claims in the abstract here.

THE COURT:  All right.  I've heard from all of you.  I will issue an order with a briefing schedule and Plaintiff's completed motion.  And if -- and I'll just end with this.  Which is I think I heard counsel for the Government say that if certification language, like what is in the Baltimore contract, is included in a contract issued after my injunction, that the language is not enforceable.

Ms. Gheibi, is that correct?

MS. GHEIBI:  Your Honor, our understanding of the injunction is that the Government cannot enforce these sort of certification provisions that appear in the contract under the False Claims Act or otherwise.  And that that's what the injunction, and then on March 10th the Court ruled that it applies to the entire federal government, so that's our understanding.  But as to the specifics of what's going to appear in which contract at which time, I mean, that is, again, across hundreds of agencies, I can't make this representation here.  But again, like what I can say is, to the extent that

plaintiffs and others are concerned about enforcement, our understanding of the injunction in the March 10th order is consistent and in line with those.  The Government will not enforce this provision under the False Claims Act or otherwise.

MR. BURRA:  Your Honor, if I may.

THE COURT:  Go ahead.

MR. BURRA:  This is Ananda Burra.

So first of all, these deadlines are coming up.  Baltimore cannot draw funds without certifying.  And this is happening all over the country to lots and lots and lots of other people.  And our reading of your order is people cannot be forced to certify, to put their signatures on a document that says we will stop all DEI as a condition for receiving federal funds; and federal funds for some of the most wonderful people.

So it is -- your injunction, to our reading, does not just say that the government will not bring a False Claims Act against our clients.  Our client does not actually have to sign a contract that has this language in it.  And not only our clients, but similarly situated clients around the country.  So I just -- I don't understand why that is a problem for counsel to say.

THE COURT:  There's no question that there were two separate provisions that -- the certification provision and the enforcement provision are separate provisions in the Executive Orders, and my injunction applies to both of them.

The information that the plaintiffs have brought to the Court's attention are concerning, that at least the portion of injunction related to certification may not have been wholly complied with by the Government, and that is concerning, as I said.

The briefing that you all will submit and that a hearing, technically a hearing is appropriate, will address all of those issues, including what consequence might flow from those issues.

I suppose I have one more question for plaintiffs which is, is part of your request here going to be a request for discovery?

MR. BURRA:  Your Honor, I don't think it's a request for discovery as yet because we have not brought motion for sanctions and for contempt of court.  I think at that point we would be seeking discovery.  I think at this point what we were asking for was a good faith effort by the government to meet us and say, this is actually what we've done, we're very sorry about the instances that you brought to our attention.  This is what we've done and we're going to post this publicly and we're going to be loud about it.  That this injunction exists and we're -- you know, I think that's what we are seeking, not discovery.

THE COURT:  Understood.  Well, thank you everybody for the information, and an order will be forthcoming with a schedule for Plaintiff's motion that they are going to file.

Thank you everybody.  Have a good weekend.

(The proceedings concluded at 3:39 p.m.)

CERTIFICATE OF OFFICIAL REPORTER

I, Kassandra L. McPherson, Registered Professional Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 17th day of MARCH 2025.

-S-

_____
KASSANDRA L. MCPHERSON, RPR
FEDERAL OFFICIAL COURT REPORTER

*Kassandra L. McPherson, RPR - Federal Official Court Reporter*
*101 West Lombard Street, 4th Floor*
*Baltimore, MD 21201*

(410) 962-4544

1

**$**

**$10** [1] - 5:17

**1**

**10th** [4] - 14:10, 17:20, 18:20, 19:2
**14** [1] - 1:8
**14-day** [1] - 12:22
**1620** [1] - 1:19
**17th** [1] - 21:20
**1:25-cv-0333-ABA** [1] - 1:5

**2**

**2** [1] - 14:1
**20036** [1] - 1:20
**20043** [1] - 1:17
**2025** [2] - 1:8, 21:20
**21201** [1] - 1:24
**21st** [3] - 14:25, 16:14, 17:17
**25th** [1] - 16:14
**28** [1] - 21:17
**28th** [1] - 14:25
**2:45** [1] - 11:12
**2:47** [2] - 11:12, 11:18

**3**

**3** [3] - 8:1, 8:2, 11:23
**34553** [1] - 1:16
**36** [1] - 1:23
**3:05** [1] - 2:1
**3:39** [1] - 21:2

**4**

**4th** [1] - 1:23

**6**

**68** [1] - 14:1

**7**

**70-3** [1] - 7:25
**753** [1] - 21:17
**7D** [1] - 1:9

**A**

**AAJC** [2] - 1:19, 2:21

**ABA-25-333** [1] - 2:7
**ABELSON** [1] - 1:11
**Abelson** [2] - 2:5, 3:3
**able** [5] - 5:17, 7:1, 10:21, 10:24, 13:6
**abortion** [1] - 11:21
**above-entitled** [1] - 21:18
**abstract** [2] - 17:7, 18:7
**accordingly** [2] - 6:12, 6:24
**Act** [3] - 18:19, 19:4, 19:16
**actively** [2] - 6:23, 7:15
**actual** [1] - 7:16
**Adam** [1] - 2:5
**ADAM** [1] - 1:11
**additional** [1] - 5:8
**address** [7] - 7:1, 7:5, 12:25, 13:2, 14:2, 18:6, 20:7
**Advancing** [2] - 1:19, 2:20
**advisement** [1] - 14:21
**afternoon** [5] - 2:13, 2:24, 3:2, 7:11, 11:12
**agencies** [9] - 7:3, 12:5, 12:11, 16:13, 17:1, 17:5, 17:8, 17:25, 18:24
**agency** [4] - 7:4, 10:19, 14:13, 17:15
**ago** [5] - 3:24, 6:18, 7:23, 9:2, 9:21
**agree** [1] - 16:19
**agreement** [2] - 5:15, 5:16
**ahead** [1] - 19:6
**AHMAD** [1] - 1:18
**aided** [1] - 1:25
**AL** [2] - 1:4, 1:6
**al** [2] - 2:8
**Aleshady** [1] - 2:15
**ALESHADYE** [1] - 1:14
**alike** [1] - 14:16

**ALIZEH** [1] - 1:18
**allegations** [3] - 6:11, 6:13, 13:15
**alleged** [1] - 13:2
**amenable** [1] - 10:23
**amend** [1] - 6:23
**amending** [1] - 7:16
**amendments** [2] - 7:21, 8:10
**Americans** [2] - 1:19, 2:20
**amount** [1] - 13:10
**Ananda** [3] - 2:14, 3:18, 19:7
**ANANDA** [1] - 1:13
**answer** [1] - 18:6
**answers** [1] - 7:7
**anticipated** [1] - 13:1
**antidiscrimination** [1] - 8:4
**appear** [2] - 18:18, 18:23
**appeared** [2] - 9:18, 9:24
**applicable** [1] - 8:4
**applies** [3] - 15:19, 18:21, 19:25
**apply** [1] - 17:19
**appropriate** [7] - 7:21, 7:22, 8:10, 10:9, 10:13, 12:23, 20:7
**asian** [1] - 1:19
**Asian** [1] - 2:20
**aspects** [1] - 13:1
**ASSOCIATION** [1] - 1:3
**Association** [1] - 2:7
**assurance** [1] - 12:16
**attention** [4] - 10:7, 18:5, 20:2, 20:18
**Audrey** [1] - 2:15
**AUDREY** [1] - 1:14
**available** [2] - 15:2, 15:7

**B**

**Baltimore** [29] - 1:9, 1:24, 3:24, 4:2, 4:14, 4:19, 5:13, 5:14, 5:16, 7:8, 8:6, 8:14, 8:24, 9:4, 9:6, 9:8, 9:9, 9:11, 9:13, 9:15, 10:2, 11:5, 12:14, 12:16, 15:14, 16:21, 18:12, 19:8
**Baltimore's** [1] - 15:20
**BARON** [2] - 1:18, 2:19
**Baron** [1] - 2:20
**based** [2] - 6:10, 11:22
**befallen** [1] - 4:25
**BEFORE** [1] - 1:11
**behalf** [2] - 3:17, 16:24
**Behalf** [2] - 1:12, 1:21
**bench** [1] - 5:23
**benefit** [1] - 13:19
**best** [4] - 4:5, 13:11, 14:9, 14:14
**bit** [1] - 16:2
**Box** [1] - 1:16
**brief** [5] - 5:1, 5:9, 6:9, 7:1, 10:21
**briefing** [14] - 3:14, 4:16, 4:23, 5:3, 5:19, 6:4, 10:9, 10:22, 11:18, 12:21, 13:9, 13:22, 18:9, 20:6
**bring** [3] - 17:21, 18:5, 19:16
**broader** [2] - 10:5, 12:17
**broadly** [1] - 16:1
**Brooke** [1] - 2:16
**BROOKE** [1] - 1:15
**brought** [4] - 10:7, 20:1, 20:13, 20:18
**Burra** [6] - 2:14, 3:16, 3:19, 11:4, 15:9, 19:7
**BURRA** [16] - 1:13, 2:13, 3:18,

4:18, 5:6, 5:11, 5:13, 6:1, 11:5, 11:14, 11:16, 15:2, 15:10, 19:5, 19:7, 20:12
**burra** [1] - 15:1

**C**

**cannot** [5] - 12:11, 18:17, 19:9, 19:11
**Care** [1] - 11:19
**case** [3] - 5:20, 16:7, 16:24
**CASE** [1] - 1:5
**cases** [1] - 16:5
**certainly** [1] - 5:6
**CERTIFICATE** [1] - 21:15
**certification** [12] - 3:25, 5:15, 6:22, 7:14, 8:7, 8:15, 16:20, 16:25, 18:12, 18:18, 19:23, 20:3
**certifies** [1] - 8:2
**certify** [4] - 3:25, 4:1, 19:11, 21:17
**certifying** [1] - 19:9
**chance** [3] - 10:14, 10:15, 15:5
**change** [1] - 11:10
**Charles** [1] - 1:23
**City** [1] - 8:6
**CIVIL** [1] - 1:5
**civil** [1] - 2:6
**claims** [1] - 18:6
**Claims** [3] - 18:19, 19:4, 19:16
**clarification** [2] - 13:25, 14:1
**clarity** [1] - 12:11
**clause** [1] - 15:17
**clear** [2] - 3:11, 5:20
**clear-cut** [1] - 5:20
**CLERK** [2] - 2:3, 2:18
**client** [1] - 19:17
**clients** [4] - 4:7, 19:17, 19:19
**closer** [1] - 4:24

**co** [1] - 2:17
**co-counsel** [1] - 2:17
**colleague** [1] - 3:1
**coming** [2] - 3:21, 19:8
**committing** [1] - 12:8
**communication** [2] - 14:18, 17:14
**companies** [1] - 15:15
**completed** [1] - 18:10
**compliance** [14] - 4:4, 4:6, 4:13, 4:22, 4:24, 6:10, 10:8, 10:13, 10:22, 12:10, 12:17, 13:3, 13:9, 18:1
**complied** [1] - 20:4
**complying** [1] - 14:6
**Computer** [1] - 1:25
**Computer-aided** [1] - 1:25
**concern** [1] - 10:5
**concerned** [1] - 19:1
**concerning** [3] - 14:2, 20:2, 20:4
**concerns** [2] - 3:10, 3:11
**concluded** [1] - 21:2
**concrete** [1] - 3:21
**condition** [1] - 19:13
**conference** [2] - 2:10, 3:13
**CONFERENCE** [1] - 1:10
**Conference** [2] - 3:5, 21:19
**conformance** [1] - 21:18
**consequence** [1] - 20:8
**consideration** [1] - 5:25
**consistent** [1] - 19:3
**contempt** [1] - 20:14

continue [1] - 16:8

contract [29] - 6:16, 6:21, 6:23, 7:8, 8:5, 8:15, 8:16, 8:19, 8:25, 9:7, 9:11, 9:12, 9:16, 9:24, 10:1, 10:5, 11:9, 11:11, 12:14, 15:20, 15:21, 16:21, 17:3, 18:5, 18:12, 18:13, 18:18, 18:23, 19:18

contracts [3] - 7:16, 12:6, 13:16

convey [1] - 17:10

core [1] - 16:7

correct [3] - 8:8, 18:15, 21:17

correctly [1] - 9:15

counsel [13] - 2:11, 2:17, 3:8, 6:16, 7:4, 9:14, 11:24, 12:1, 14:13, 14:14, 14:20, 18:11, 19:20

counsel's [1] - 16:22

counterparties [1] - 17:12

counterparts [1] - 13:17

counterparty [2] - 17:3, 17:14

countless [2] - 13:16, 13:17

country [3] - 15:16, 19:10, 19:19

couple [2] - 5:9, 15:3

course [4] - 7:5, 13:22, 16:10, 17:12

COURT [29] - 1:1, 2:22, 3:2, 4:15, 5:3, 5:7, 5:12, 5:22, 6:2, 7:8, 7:25, 8:14, 9:6, 10:4, 11:2, 11:4, 11:13, 11:15, 12:13, 13:24, 14:21, 15:5, 15:9, 16:19, 18:8, 19:6,

19:22, 20:23, 21:23

Court [15] - 2:3, 2:9, 4:20, 5:2, 5:14, 6:4, 7:7, 7:19, 8:12, 10:23, 13:22, 16:10, 17:18, 18:20, 21:16

court [4] - 2:6, 5:21, 14:8, 20:14

Court's [6] - 13:13, 13:20, 14:9, 17:2, 17:20, 20:2

Courtroom [1] - 1:9

created [1] - 4:11

criminal [2] - 14:23, 16:11

cross [1] - 8:14

cut [1] - 5:20

cutting [1] - 12:5

**D**

date [2] - 12:24, 13:23

Dated [1] - 21:20

dates [1] - 15:8

days [1] - 10:24

DC [2] - 1:17, 1:20

deadline [1] - 12:23

deadlines [2] - 8:21, 19:8

deal [1] - 4:11

decision [1] - 13:20

decision-making [1] - 13:20

defend [1] - 16:2

defendants [9] - 2:18, 2:23, 2:25, 12:11, 14:8, 14:9, 14:15, 14:16, 16:3

Defendants [2] - 1:7, 1:21

defense [1] - 12:1

definitive [1] - 7:7

DEI [3] - 5:20, 11:20, 19:13

deleting [1] - 12:8

Democracy [3] - 1:16, 2:14, 2:15

Department [3] - 1:23, 2:25, 11:6

despite [3] - 4:10,

8:15

detail [2] - 4:12, 4:14

determine [1] - 3:13

different [2] - 17:8

difficult [1] - 13:15

direct [1] - 13:13

disbursed [1] - 5:18

discovery [4] - 20:11, 20:13, 20:15, 20:22

discretion [1] - 12:7

discriminate [1] - 11:22

discrimination [1] - 12:8

discussing [1] - 12:15

DISTRICT [2] - 1:1, 1:1

District [4] - 2:3, 2:4, 21:16, 21:17

diversity [1] - 8:3

Diversity [1] - 2:7

DIVERSITY [1] - 1:3

DIVISION [1] - 1:2

docket [5] - 2:6, 3:23, 6:7, 6:17, 9:21

document [1] - 19:12

DOJ [4] - 3:1, 14:2, 14:5, 15:17

DOJ's [1] - 15:22

DONALD [1] - 1:6

done [3] - 14:9, 20:17, 20:19

down [16] - 6:5, 6:7, 6:12, 6:15, 6:18, 6:20, 7:2, 7:13, 7:19, 10:15, 10:25, 12:1, 13:6, 13:11, 13:14, 17:4

draw [1] - 19:9

due [1] - 17:12

**E**

easy [1] - 14:10

ECF [2] - 7:25, 14:1

Education [1] - 2:8

EDUCATION [1] - 1:4

effect [2] - 8:13, 9:24

effects [1] - 16:7

effort [1] - 20:16

eight [1] - 13:15

either [4] - 3:10, 14:24, 14:25, 15:8

Emergency [1] - 3:5

emergent [1] - 4:19

employees [1] - 18:1

end [2] - 7:2, 18:10

enforce [2] - 18:17, 19:4

enforceable [3] - 15:18, 15:23, 18:14

enforcement [2] - 19:1, 19:24

enjoined [1] - 12:6

ensure [2] - 8:21, 14:5

entire [2] - 17:25, 18:21

entities [1] - 15:15

entitled [1] - 21:18

equity [1] - 8:3

ESQUIRE [9] - 1:13, 1:14, 1:14, 1:15, 1:15, 1:18, 1:18, 1:22, 1:22

et [2] - 2:8

ET [2] - 1:4, 1:6

event [1] - 9:23

evidentiary [1] - 3:12

exactly [4] - 7:22, 9:2, 9:9, 10:21

excuse [1] - 8:24

Executive [2] - 12:7, 19:24

exhibit [1] - 9:18

exists [1] - 20:20

expectation [1] - 17:24

explain [1] - 14:4

extent [11] - 4:20, 6:4, 6:9, 6:21, 7:13, 8:20, 9:8,

17:1, 17:11, 18:4, 18:25

**F**

faced [1] - 6:13

fact [4] - 4:10, 11:8, 11:23

failure [1] - 4:6

faith [2] - 11:22, 20:16

faith-based [1] - 11:22

False [3] - 18:19, 19:4, 19:16

far [1] - 16:6

fashion [2] - 7:6, 8:20

February [3] - 16:14, 17:17

FEDERAL [1] - 21:23

federal [8] - 8:4, 13:16, 14:11, 17:25, 18:1, 18:21, 19:13

few [2] - 9:21, 10:24

fielding [1] - 14:15

figure [2] - 7:22, 9:3

file [5] - 5:8, 5:11, 10:11, 12:25, 20:25

filed [5] - 3:4, 3:23, 6:7, 6:17, 9:20

filing [7] - 5:23, 7:11, 10:8, 12:18, 13:1, 13:25, 14:1

fingers [1] - 17:24

first [5] - 3:8, 6:17, 10:21, 11:25, 19:8

flag [1] - 11:7

Floor [1] - 1:23

flow [1] - 20:8

follow [1] - 15:3

follow-up [1] - 15:3

FOR [1] - 1:1

force [1] - 11:21

forced [1] - 19:11

foregoing [1] - 21:17

format [1] - 21:18

forthcoming [2] - 17:15, 20:24

Forward [3] - 1:16, 2:14, 2:15

Foundation [1] - 1:16

Francisco [3] - 9:19, 11:7, 15:14

Francisco's [1] - 15:21

Friday [5] - 13:5, 13:10, 13:21, 14:25

FRIDAY [1] - 1:8

front [1] - 15:19

full [1] - 6:5

funding [2] - 9:5, 10:3

funds [5] - 5:18, 11:19, 19:9, 19:13, 19:14

Funds [1] - 11:19

**G**

gender [1] - 11:21

general [1] - 12:7

Getachew [1] - 2:15

GETACHEW [1] - 1:14

Gheibi [13] - 2:25, 6:2, 7:10, 7:25, 11:2, 11:17, 12:24, 15:4, 15:6, 15:11, 16:12, 16:19, 18:15

GHEIBI [14] - 1:22, 2:24, 6:3, 7:12, 8:8, 8:18, 9:8, 10:12, 11:3, 13:5, 14:7, 15:7, 16:22, 18:16

given [2] - 14:10, 16:6

government [14] - 3:9, 4:24, 12:15, 12:19, 12:20, 13:4, 13:16, 14:11, 16:24, 17:25, 18:21, 19:16, 20:16

Government [7] - 14:5, 16:19, 17:6, 18:11, 18:17, 19:3, 20:4

government's [1] - 10:9

grace [1] - 18:2

grateful [1] - 13:12
great [1] - 15:23
GRIFFITH [1] - 1:22
Griffiths [1] - 3:1
groups [1] - 11:22
guess [1] - 10:24
guidance [2] - 10:19, 11:25

**H**

half [2] - 3:24, 6:18
happy [5] - 3:16, 4:12, 4:22, 5:1, 5:19
harm [1] - 4:25
hear [3] - 3:8, 3:16, 5:5
heard [2] - 18:8, 18:11
hearing [6] - 3:12, 3:14, 4:17, 14:24, 20:6, 20:7
held [1] - 21:18
help [1] - 13:17
hereby [1] - 21:17
HIGHER [1] - 1:4
Higher [1] - 2:8
highlight [1] - 13:12
highlighted [1] - 11:23
highlights [1] - 6:25
hold [1] - 14:24
Honor [24] - 2:13, 2:24, 3:18, 3:20, 4:18, 5:6, 5:11, 5:19, 6:1, 6:3, 11:5, 11:12, 11:24, 12:10, 13:5, 14:7, 15:2, 15:7, 15:10, 16:18, 16:22, 18:16, 19:5, 20:12
Honorable [1] - 2:4
HONORABLE [1] - 1:11
hope [1] - 14:17
hour [2] - 3:23, 6:18
hours [4] - 6:6, 7:23, 9:2, 9:21
HUD [21] - 6:16,

6:23, 7:15, 7:20, 8:9, 8:23, 8:24, 9:4, 9:12, 9:23, 9:25, 10:1, 10:6, 11:10, 11:11, 15:21, 16:13, 17:10, 17:16, 17:17, 17:21
hundreds [4] - 4:8, 15:15, 17:25, 18:24

**I**

ideas [1] - 4:6
identify [1] - 14:14
ideology [1] - 11:21
illegal [1] - 11:21
immediate [1] - 4:3
immigration [1] - 11:22
impending [1] - 8:20
implementing [1] - 17:2
IN [2] - 1:1, 1:3
include [5] - 6:22, 7:16, 8:19, 9:1, 9:13
included [1] - 18:13
includes [1] - 8:1
including [1] - 20:8
inclusion [1] - 8:3
independent [2] - 10:19, 11:25
information [4] - 14:4, 14:16, 20:1, 20:24
Injunction [1] - 3:6
injunction [13] - 4:25, 10:17, 14:6, 16:14, 17:19, 18:13, 18:17, 18:20, 19:2, 19:15, 19:25, 20:3, 20:20
injunctions [1] - 16:5
instance [1] - 18:5
instances [5] - 10:16, 10:17, 12:2, 13:2,

20:18
intended [1] - 11:20
interruption) [1] - 16:17
introduce [1] - 2:11
involved [1] - 7:3
issue [7] - 4:19, 8:12, 8:16, 10:24, 12:17, 13:8, 18:9
issued [6] - 9:7, 10:6, 10:18, 14:8, 18:13
issues [16] - 3:14, 4:11, 6:6, 6:8, 6:12, 7:1, 7:19, 10:6, 10:14, 10:21, 11:1, 13:6, 14:3, 18:4, 20:8
items [1] - 13:24
itself [1] - 17:15

**J**

John [1] - 3:1
JOHN [1] - 1:22
Judge [3] - 1:11, 2:4, 3:3
Judicial [1] - 21:19
Justice [5] - 1:19, 1:23, 2:21, 2:25, 11:6
Justice-AAJC [1] - 1:19

**K**

Kassandra [1] - 21:16
KASSANDRA [1] - 21:22
key [1] - 15:13
kind [1] - 4:14
kinds [1] - 4:12
knows [1] - 17:18

**L**

language [10] - 6:22, 7:14, 7:17, 8:16, 12:5, 16:20, 17:11, 18:12, 18:14, 19:18
largely [1] - 3:20
last [1] - 5:23

laws [1] - 8:4
leaderships [1] - 17:8
least [2] - 9:17, 20:2
legal [2] - 14:13, 14:14
less [2] - 7:23, 9:2
letter [2] - 6:6, 15:12
light [1] - 10:5
line [2] - 17:22, 19:3
linked [1] - 11:18
list [1] - 14:12
listening [1] - 4:8
local [1] - 12:22
look [1] - 10:14
looking [3] - 4:16, 5:9, 7:25
losing [1] - 4:2
loud [1] - 20:20

**M**

maintain [1] - 14:19
MARCH [2] - 1:8, 21:20
March [6] - 14:10, 14:25, 17:20, 18:20, 19:2
MARYLAND [1] - 1:1
Maryland [3] - 1:9, 2:4, 21:17
material [1] - 4:5
matter [3] - 2:6, 2:9, 21:18
McPherson [1] - 21:16
MCPHERSON [1] - 21:22
MD [1] - 1:24
mean [3] - 6:6, 10:16, 18:23
measures [1] - 5:8
mechanisms [1] - 9:1
meet [1] - 20:16
Menschel [1] - 2:16
MENSCHEL [1] - 1:15
mentioned [4] - 6:16, 11:25, 15:11, 16:12
might [1] - 20:8
million [2] - 5:17,

18:1
mirrors [2] - 6:22, 7:14
Monday [5] - 5:9, 5:11, 10:11, 12:18, 14:23
money [1] - 4:2
MOORE [1] - 1:15
Moore [1] - 2:16
most [1] - 19:14
Motion [1] - 3:5
motion [9] - 3:6, 10:8, 10:10, 12:18, 12:20, 14:3, 18:10, 20:13, 20:25
move [3] - 16:10, 17:5, 17:9
moving [1] - 17:23

**N**

narrow [1] - 4:21
National [1] - 2:7
NATIONAL [1] - 1:3
necessary [2] - 8:12, 10:1
need [12] - 4:3, 4:13, 4:14, 5:14, 6:18, 6:20, 6:25, 8:6, 9:3, 12:19, 12:25, 17:9
needed [1] - 15:24
needs [4] - 5:19, 15:11, 16:10, 17:14
new [1] - 13:8
next [1] - 12:24
NO [1] - 1:5
Noah [1] - 2:20
NOAH [1] - 1:18
non [3] - 13:3, 14:9, 14:16
non-compliance [1] - 13:3
non-defendants [2] - 14:9, 14:16
noncompliance [1] - 16:16
NORTHERN [1] - 1:2
noted [1] - 11:23
notes [1] - 1:25
notice [2] - 3:24, 16:4
noticed [1] - 12:4
notification [1] -

14:15
notified [2] - 14:8, 17:12
notify [1] - 14:9
Number [1] - 11:23
number [3] - 2:7, 8:1, 8:2
numbered [1] - 8:1
NW [1] - 1:19

**O**

obviously [2] - 14:10, 17:20
OF [3] - 1:1, 1:3, 21:15
Officers [1] - 2:7
OFFICERS [1] - 1:3
OFFICIAL [2] - 21:15, 21:23
one [10] - 3:23, 9:17, 9:20, 12:4, 13:24, 14:22, 15:10, 16:12, 17:7, 20:9
operate [1] - 8:2
Opinion [1] - 11:19
opportunity [6] - 6:5, 6:12, 6:14, 7:1, 7:9, 7:18
order [21] - 4:1, 4:10, 5:14, 5:21, 7:19, 7:21, 8:12, 9:5, 10:2, 12:12, 13:13, 14:8, 14:10, 16:14, 17:20, 17:22, 18:9, 19:2, 19:11, 20:24
Order [1] - 12:7
Orders [1] - 19:25
orders [1] - 17:2
otherwise [3] - 17:20, 18:19, 19:4
outset [1] - 3:12

**P**

p.m [5] - 2:1, 11:12, 11:18, 21:2
P.O [1] - 1:16
page [3] - 8:1, 14:1, 21:18
papers [1] - 3:20

**Pardis** [1] - 2:25
**PARDIS** [1] - 1:22
**part** [2] - 4:18, 20:10
**particular** [5] - 8:23, 9:15, 11:1, 12:1, 14:18
**parts** [1] - 17:23
**party** [1] - 17:16
**pasting** [1] - 12:5
**pending** [1] - 2:6
**people** [9] - 4:8, 4:9, 5:1, 5:18, 14:12, 16:16, 19:10, 19:11, 19:14
**pieces** [1] - 11:24
**plaintiff** [6] - 3:17, 6:16, 7:7, 7:11, 13:8, 13:13
**Plaintiff's** [3] - 17:24, 18:9, 20:25
**plaintiff's** [1] - 14:20
**Plaintiffs** [5] - 1:4, 1:12, 17:6, 17:16, 17:17
**plaintiffs** [18] - 2:11, 2:14, 2:20, 3:4, 3:8, 3:11, 3:14, 3:19, 6:9, 6:14, 10:10, 12:18, 13:18, 13:25, 14:18, 19:1, 20:1, 20:9
**Plaintiffs'** [1] - 16:22
**plaintiffs'** [4] - 9:14, 10:4, 10:21, 13:1
**plan** [10] - 4:4, 4:13, 4:22, 4:23, 10:8, 10:10, 10:13, 10:22, 12:10, 13:9
**play** [1] - 9:1
**plugging** [1] - 12:6
**POC** [1] - 11:19
**point** [10] - 5:4, 7:6, 7:13, 8:11, 10:13, 11:10, 12:3, 16:12, 20:14, 20:15
**pointed** [1] - 15:12
**points** [1] - 8:1
**policies** [2] - 11:10, 17:21

**population** [1] - 4:2
**portion** [1] - 20:2
**position** [9] - 5:4, 7:20, 10:12, 13:4, 14:4, 15:22, 16:23, 16:25, 17:18
**possible** [1] - 13:6
**post** [1] - 20:19
**potential** [2] - 6:10, 13:3
**potentially** [1] - 13:9
**precedent** [1] - 16:11
**preface** [1] - 3:16
**prefers** [1] - 11:6
**preliminary** [4] - 4:24, 6:19, 6:20, 16:14
**Preliminary** [1] - 3:5
**presiding** [1] - 2:5
**primarily** [1] - 15:12
**privileged** [1] - 14:19
**problem** [3] - 8:22, 12:4, 19:20
**proceedings** [2] - 21:2, 21:18
**process** [6] - 7:4, 8:9, 17:2, 17:4, 18:3
**Professional** [1] - 21:16
**programs** [1] - 8:3
**promote** [1] - 11:20
**promoting** [1] - 8:3
**propose** [3] - 5:4, 5:7, 12:25
**proposing** [2] - 5:7, 5:8
**protocol** [1] - 7:4
**provide** [9] - 5:19, 7:7, 10:25, 13:13, 13:18, 13:22, 14:14, 14:17
**provides** [1] - 12:22
**provision** [12] - 5:16, 6:23, 7:14, 8:24, 9:13, 9:24,

10:2, 11:23, 17:1, 19:4, 19:23, 19:24
**provisions** [3] - 18:18, 19:23, 19:24
**prudent** [2] - 6:11, 10:20
**public** [3] - 12:2, 15:12, 16:4
**publicly** [1] - 20:19
**pulled** [1] - 12:2
**purpose** [3] - 2:9, 3:6, 11:20
**pursuant** [4] - 10:18, 12:7, 21:17
**put** [2] - 16:4, 19:12

**Q**

**questions** [2] - 13:24, 14:15
**quickly** [1] - 16:10
**quote** [1] - 10:8
**quoting** [1] - 14:1

**R**

**raise** [2] - 3:9, 13:25
**raised** [4] - 3:11, 3:15, 13:8, 14:3
**reading** [2] - 19:11, 19:15
**realistic** [1] - 18:2
**really** [3] - 3:12, 6:14, 16:1
**reasonable** [5] - 6:5, 6:14, 7:18, 13:10, 13:21
**receive** [2] - 9:5, 10:3
**received** [1] - 3:24
**receiving** [1] - 19:13
**recipient** [3] - 8:2, 8:5, 9:25
**record** [1] - 2:12
**references** [1] - 13:15
**referring** [1] - 14:3
**regarding** [1] - 11:1
**Regarding** [1] - 3:5
**Registered** [1] -

21:16
**regulations** [1] - 21:19
**reissue** [2] - 8:19, 8:25
**reissues** [1] - 9:25
**reissuing** [1] - 9:12
**related** [2] - 14:23, 20:3
**relief** [2] - 4:14, 15:25
**remediate** [1] - 4:25
**remedy** [2] - 13:3, 17:11
**remedying** [2] - 8:23, 9:23
**reported** [1] - 21:18
**REPORTER** [2] - 21:15, 21:23
**Reporter** [1] - 21:16
**reporting** [2] - 12:2, 15:13
**represent** [2] - 4:9, 8:22
**representation** [4] - 8:11, 9:4, 12:15, 18:24
**representing** [1] - 17:13
**request** [5] - 14:22, 16:2, 20:10, 20:12
**requesting** [1] - 10:8
**required** [1] - 9:5
**requiring** [1] - 10:2
**respond** [4] - 6:12, 12:19, 12:21, 13:4
**responds** [1] - 15:4
**response** [3] - 10:25, 12:23, 12:25
**review** [2] - 5:24, 7:9
**reviewed** [2] - 3:6, 7:10
**risk** [1] - 4:1
**RPR** [1] - 21:22
**rule** [1] - 4:20
**ruled** [1] - 18:20
**rules** [1] - 12:22
**run** [15] - 6:5, 6:7,

6:12, 6:14, 6:18, 6:20, 7:2, 7:12, 7:19, 10:15, 10:25, 12:1, 13:6, 13:11, 13:14
**running** [1] - 17:4

**S**

**San** [4] - 9:19, 11:7, 15:14, 15:20
**sanctions** [1] - 20:14
**saw** [1] - 6:17
**schedule** [10] - 4:16, 5:2, 5:3, 5:5, 10:10, 12:21, 14:22, 15:6, 18:9, 20:25
**scheduling** [2] - 3:13, 14:22
**Secretary** [4] - 11:11, 11:15, 11:16, 15:21
**seeing** [2] - 10:16, 10:17
**seek** [1] - 14:1
**seeking** [2] - 20:15, 20:21
**seem** [1] - 12:3
**sent** [4] - 7:12, 15:22, 16:21, 17:11
**separate** [3] - 17:5, 19:23, 19:24
**served** [3] - 16:13, 16:15, 17:17
**session** [1] - 2:4
**several** [1] - 10:15
**shorter** [1] - 12:21
**shortly** [1] - 5:24
**shows** [1] - 4:5
**side** [3] - 3:10, 5:13, 14:24
**sign** [15] - 5:14, 5:16, 8:15, 8:25, 9:5, 9:7, 9:10, 9:11, 9:15, 9:19, 9:22, 9:25, 10:2, 11:8, 19:17
**signatures** [1] - 19:12
**similarly** [1] - 19:19
**single** [1] - 14:13
**situated** [1] -

19:19
**size** [1] - 14:11
**small** [1] - 16:12
**snap** [1] - 17:24
**sorry** [3] - 2:19, 11:13, 20:17
**sort** [20] - 4:3, 6:9, 6:13, 7:1, 7:19, 8:22, 9:1, 10:14, 10:22, 10:24, 10:25, 16:23, 17:2, 17:6, 17:7, 17:14, 17:21, 17:23, 18:17
**South** [1] - 1:23
**specific** [4] - 12:14, 12:24, 13:2, 18:4
**specifically** [2] - 4:11, 9:20
**specificity** [2] - 15:11, 15:13
**specifics** [5] - 13:13, 13:19, 13:20, 14:19, 18:22
**speed** [1] - 13:18
**squarely** [1] - 3:25
**standards** [1] - 6:10
**starting** [1] - 14:23
**state** [4] - 8:5, 8:8, 10:10, 13:15
**States** [3] - 2:3, 21:16, 21:19
**STATES** [1] - 1:1
**Status** [1] - 3:5
**STATUS** [1] - 1:10
**status** [1] - 2:10
**stenographically** [1] - 21:18
**stenographically-reported** [1] - 21:18
**stenotype** [1] - 1:25
**steps** [2] - 14:2, 14:5
**Sterling** [1] - 2:16
**STERLING** [1] - 1:15
**stop** [1] - 19:12
**Street** [2] - 1:19, 1:23
**striking** [1] - 8:15
**subagency** [1] - 14:13
**submission** [2] -

5:24, 12:3
**submit** [2] - 4:22, 20:6
**submitted** [1] - 4:5
**subsidize** [1] - 11:21
**substance** [3] - 3:10, 16:3
**suffer** [1] - 4:9
**suffering** [2] - 4:7, 4:9
**sufficient** [2] - 12:16, 14:17
**sufficiently** [1] - 13:7
**suggesting** [2] - 9:6, 9:12
**sum** [1] - 16:3
**support** [1] - 11:21
**suppose** [1] - 20:9
**surprising** [1] - 14:12
**swear** [1] - 5:15
**systemic** [1] - 4:5

### T

**task** [1] - 14:10
**technically** [1] - 20:7
**telephonic** [1] - 16:16
**template** [7] - 6:20, 7:15, 9:10, 9:17, 9:19, 9:21, 11:17
**termination** [1] - 10:16
**terms** [2] - 3:25, 4:16
**THE** [32] - 1:1, 1:1, 1:11, 2:3, 2:18, 2:22, 3:2, 4:15, 5:3, 5:7, 5:12, 5:22, 6:2, 7:8, 7:25, 8:14, 9:6, 10:4, 11:2, 11:4, 11:13, 11:15, 12:13, 13:24, 14:21, 15:5, 15:9, 16:19, 18:8, 19:6, 19:22, 20:23
**themselves** [2] - 3:21, 4:9
**they've** [1] - 4:1

**Thursday** [2] - 13:4, 13:22
**timely** [2] - 7:6, 8:20
**timing** [1] - 14:22
**today** [4] - 4:20, 14:4, 15:19, 16:23
**toward** [1] - 9:23
**towards** [2] - 7:16, 8:23
**transcript** [2] - 21:17, 21:18
**transcription** [1] - 1:25
**treating** [1] - 17:6
**trial** [2] - 14:23, 16:11
**true** [1] - 21:17
**Trump** [1] - 2:8
**TRUMP** [1] - 1:6
**try** [1] - 13:14
**trying** [2] - 6:7, 7:12
**tweeted** [4] - 11:11, 11:16, 11:17
**two** [10] - 3:21, 6:6, 7:23, 9:2, 11:7, 11:24, 12:8, 15:10, 17:25, 19:22
**typical** [1] - 12:22

### U

**U.S.C** [1] - 21:17
**unavailable** [1] - 14:25
**under** [5] - 5:25, 12:22, 14:21, 18:18, 19:4
**understood** [3] - 9:14, 12:13, 20:23
**unenforceable** [2] - 16:21, 17:1
**unhoused** [1] - 4:2
**unified** [1] - 17:7
**UNITED** [1] - 1:1
**United** [3] - 2:3, 21:16, 21:19
**university** [1] - 13:16
**unlike** [1] - 16:5
**up** [4] - 13:18, 15:3, 17:5, 19:8
**urgent** [1] - 16:9

### V

**various** [3] - 17:5, 17:8
**version** [1] - 9:17
**versus** [1] - 2:8
**view** [1] - 10:9
**viewpoint** [1] - 12:8
**violates** [1] - 8:4
**violation** [1] - 5:20
**VIRTUAL** [1] - 1:10
**volunteer** [1] - 14:20
**vs** [1] - 1:5

### W

**wait** [1] - 15:4
**wants** [4] - 5:2, 6:4, 12:19, 13:22
**Washington** [2] - 1:17, 1:20
**week** [3] - 12:24, 16:15, 16:21
**weekend** [1] - 21:1
**weeks** [1] - 5:9
**welcome** [1] - 12:1
**whatnot** [1] - 6:10
**whole** [1] - 17:7
**wholly** [1] - 20:3
**widespread** [1] - 12:4
**Wiggins** [1] - 2:15
**WIGGINS** [1] - 1:14
**willing** [1] - 15:17
**wish** [1] - 3:9
**wonderful** [3] - 4:21, 15:18, 19:14
**words** [2] - 12:6, 12:9
**worth** [1] - 5:18
**written** [1] - 10:25

### Y

**yesterday** [4] - 3:4, 9:18, 11:12, 11:18
**yourselves** [1] - 2:11

### §

**§** [1] - 21:17