## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>            Defendants. | Civil Action No. 1:25-cv-333-ABA |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO VACATE PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion to vacate the Court's Preliminary Injunction (ECF Nos. 45, 67) without prejudice, it is hereby

**ORDERED** that the motion is **GRANTED**.

The Preliminary Injunction at ECF Nos. 45 and 67 is **VACATED** without prejudice.

**SO ORDERED**.

 Dated: March __, 2025

_____

THE HON. ADAM B. ABELSON

UNITED STATES DISTRICT JUDGE