IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> TRUMP et al., <br><br> DEFENDANTS. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

No. 25-cv-333 (ABA)

\*\*\*\*\*\*

**ORDER**

Upon consideration of Plaintiffs' Motion To Vacate Preliminary Injunction Order (the "Motion"), ECF 77, the response thereto, ECF 78, and any reply in support, it is on this _____ day of April, 2025, hereby **ORDERED** that Plaintiffs' Motion is DENIED.

Adam B. Abelson
United States District Judge