IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 25-cv-333 (ABA) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants hereby respectfully submit this unopposed motion for extension of time for Defendants to respond to the complaint filed in this action. In support of this motion, Defendants state:

1. Plaintiffs filed a complaint in the above-captioned action on February 3, 2025. *See* ECF No. 1.

2. The United States Attorney for the District of Maryland was served a copy of the summons and complaint on February 6, 2025.

3. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendants' response to the complaint in this action is due no later than April 7, 2025.

4. On February 13, 2025, Plaintiffs moved for a temporary restraining and a preliminary injunction. *See* ECF No. 27. Defendants filed their opposition to Plaintiffs' motion on February 18, 2025, *see* ECF No. 35, and Plaintiffs filed their reply on February 19, 2025, *see* ECF No. 39.

5. This Court issued a preliminary injunction on February 21, 2025. *See* ECF Nos. 44 & 45.

1

6. Defendants filed a notice of appeal of this Court's preliminary injunction on February 24, 2025. *See* ECF No. 47. Defendants filed a motion to stay the preliminary injunction pending appeal before the United States Court of Appeals for the Fourth Circuit, which granted the stay on March 14, 2025. *See* ECF No. 73.

7. Defendants expect that the Fourth Circuit's ruling in the pending appeal of this Court's preliminary injunction will provide guidance on—if not control—several of the legal issues presented in Plaintiffs' complaint. As such, Defendants respectfully submit this request to extend the time to respond to the complaint until 21 days after the Fourth Circuit issues its ruling in the pending appeal of this Court's preliminary injunction. Defendants maintain that the extension would promote efficiency and preserve party and judicial resources.

8. Counsel for Defendants has conferred with counsel for Plaintiffs regarding this motion. Plaintiffs' counsel provided the following response: "Plaintiffs will not oppose Defendants' request to stay the Rule 12 deadline until 21 days after the Fourth Circuit's potential ruling on the PI appeal. This is not a waiver of Plaintiffs' motion to vacate the preliminary injunction or Plaintiffs' position with respect to the district court's jurisdiction to decide other matters in the litigation while the appeal is pending. This is also not a reflection on Plaintiffs' position regarding the imminence and irreparability of the harm caused by the acts Plaintiffs believe are unlawful."

7. A proposed order accompanies this motion.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*