IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants* | Case No. 25-cv-0333-ABA |

**ORDER**

The Court will hold oral argument on Plaintiffs' motion to vacate the preliminary injunction order (ECF No. 77) on **Thursday, April 10, 2025 at 3:00 p.m. in Courtroom 7D of the Edward A. Garmatz Courthouse.**

Date: April 4, 2025

　　　　　　　　　　　　/s/
Adam B. Abelson
United States District Judge