IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION, *et al.*, | * * * * | |
| PLAINTIFFS, | * * | |
| v. | * * | Case No. 25-cv-333-ABA |
| TRUMP et al., | * * | |
| DEFENDANTS. | * | |
| | ****** | |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time, *see* ECF No. 82, it is on this ____7th____ day of April, 2025, hereby **ORDERED** that Defendants' Motion is GRANTED.

/s/
_____
Adam B. Abelson
United States District Judge