IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| National Association of Diversity Officers in Higher Education, et al.,<br><br>   *Plaintiffs,*<br><br>v.<br><br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br><br>   *Defendants*. | Civil Action No. 1:25-cv-333-ABA |

## NOTICE OF VOLUNTARY DISMISSAL BY RESTAURANT OPPORTUNITIES CENTERS UNITED

Plaintiff Restaurant Opportunities Center ("ROC") United, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] hereby voluntarily dismisses without prejudice its claims in full against all Defendants. In support thereof, Plaintiff ROC United notes that Defendants have not served their answer or any motion for summary judgment in this matter, and do not object to this dismissal. For the avoidance of doubt, the claims asserted by Plaintiffs National Association of Diversity Officers in Higher Education, American Association of University Professors, and Mayor and City of Baltimore are not dismissed.

| | |
|---|---|
| Dated: May 7, 2025 | Respectfully submitted, |
| Niyati Shah (Bar No. 31526)<br>Noah Baron*<br>Alizeh Ahmad* | /s/ *J. Sterling Moore*<br><br>J. Sterling Moore (Bar No. 31562)<br>Brooke Menschel (Bar No. 31492)<br>Aleshadye Getachew (Bar No. 31439)<br>Victoria S. Nugent (Bar No. 15039)<br>Audrey Wiggins*<br>Orlando Economos*<br>Skye Perryman* |

---

[1] Plaintiff ROC United believes dismissal of its claims is appropriate under Rule 41. In the alternative, Plaintiff ROC United is prepared to move to withdraw as a plaintiff under Federal Rule of Civil Procedure 21.

**Asian Americans Advancing Justice | AAJC**
1620 L Street NW, Suite 1050
Washington, DC 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
aahmad@advancingjustice-aajc.org

**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
smoore@democracyforward.org
bmenschel@democracyforward.org
agetachew@democracyforward.org
vnugent@democracyforward.org
awiggins@democracyforward.org
oeconomos@democracyforward.org
sperryman@democracyforward.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically on May 7, 2025, to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *J. Sterling Moore*

J. Sterling Moore