**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*

Case No. 25-cv-0333-ABA

# ORDER

Upon consideration of the parties' joint motion to stay proceedings (ECF No. 93), the motion is hereby GRANTED. It is ORDERED that all case deadlines are STAYED until April 17, 2026.

Date: February 23, 2026

/s/
Adam B. Abelson
United States District Judge