**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

NATIONAL ASSOCIATION OF DIVERSITY
OFFICERS IN HIGHER EDUCATION, *et al.*,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Case No. 25-cv-333-ABA

**ORDER**

Upon consideration of Plaintiffs' notice of voluntary dismissal without prejudice

(ECF No. 106), it is hereby ORDERED that the notice is ACCEPTED. The Clerk is

directed to CLOSE this case.


Date:  June 30, 2026

                    */s/*

                  Adam B. Abelson
                  United States District Judge

1